**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION**

| | |
|---|---|
| | **CASE No.: 8:26-CV-00097-DCC** |
| Derek Williams, Corey Smith, William Wyatt, and Heather Iwinski, individually, and on behalf of all others similarly situated,<br><br><br>Plaintiffs<br><br>vs.<br><br><br>D.R. Horton, Inc., Alpha & Omega Construction, LLC, Cannady Siding & Gutter, Inc., L&M Electric, Inc., Long Heating & Air Conditioning, Inc., and M&L Reyna Construction, LLC,<br><br><br>Defendants. | **DEFENDANT D.R. HORTON, INC.'S MOTION TO STAY ACTION AND COMPEL ARBITRATION** |
| D.R. Horton, Inc.,<br><br><br><br>Crossclaim Plaintiff and Third-Party Plaintiff,<br><br><br>vs.<br><br><br>Alpha Omega Construction Group, Inc., Cannady | |

1

Siding & Gutter, Inc., L&M Electric, Inc., Long Heating & Air Conditioning, Inc., and M&L Reyna Construction, LLC,

Crossclaim Defendants, and

Mark III Properties, LLC; P&L Enterprises, LLC; Damian Magos Mendoza; General Shale Brick, Inc.; Meridian Brick, LLC; Rite Rug, Co.; Builders First Source – Southeast Group, LLC; Brand Vaughan Lumber, Co.; Valmen Solutions, LLC; Bravo Carpenters, Inc.; CJ Framing, LLC; Get Floored, LLC; Lansing Building Products, LLC; American Concrete & Precast, LLC; Five Star Foundations, LLC; One Tree Hill, Inc. d/b/a Willis Landscaping; The Loving Group, LLC; All in One Insulation, LLC; Marlowe Environmental, LLC; Kings Landscaping, LLC; Earthworks Unlimited, Inc.; CSI Erosion, Inc.; CSI Erosion SC, Inc.; Superior Grading, LLC; Cedar Ridge Landscaping, LLC; Dupree Plumbing Co., Inc.; A-Z, Inc; Installed Building Products, LLC d/b/a Custom Glass Atlanta; Saldana Brothers, Inc.; 84 Lumber Company; Carter Lumber Company; Justin Villines, LLC; GBS Building Supply US LBM, LLC; Garcia Painting & Drywall, LLC; UTM Enterprises, Inc.; McGillicuddy Concrete, LLC; Bianchi & Company, Inc.

Third-Party Defendants.

Defendant D.R. Horton, Inc. ("D.R. Horton") hereby moves this Court for an Order to Stay

Action and Compel Arbitration (the "Motion") pursuant to the Federal Arbitration Act, 9 U.S.C.

2

§ 1, et seq. and such other and further grounds as set forth in the accompanying memorandum of law filed with this Motion.

In support of this Motion, D.R. Horton will show unto this Court as follows:

1. Plaintiff William Wyatt entered into a contract with D.R. Horton (the "Wyatt Contract") for the purchase of a home located within the Rivermill Subdivision ("Rivermill") in Piedmont, South Carolina, and specifically located at 126 Rivermill Place, Piedmont, South Carolina.

2. Plaintiff Heather Iwinski entered into a contract (the "Iwinski Contract") with D.R. Horton for the purchase of a home located within Rivermill and specifically located at 406 Brandybuck Drive, Piedmont, South Carolina.

3. Plaintiff Derek Williams purchased 423 Brandybuck Drive, Piedmont, South Carolina, from Juanita E. Pickens and Raymond S. Pickens, who entered into a contract (the "Pickens Contract") with D.R. Horton for the purchase of 423 Brandybuck Drive, Piedmont, South Carolina.

4. Plaintiff Corey Smith purchased 165 Rivermill Place, Piedmont, South Carolina, from Erik M. Bianchi and Christen M. Bianchi, who entered into a contract (the "Bianchi Contract") with D.R. Horton for the purchase of 165 Rivermill Place, Piedmont, South Carolina.

5. The homes purchased by Plaintiffs are referred to collectively herein as the "Homes."

6. The Wyatt Contract, Iwinski Contract, Pickens Contract, and Bianchi Contract are referred to collectively herein as the "Homeowner Contracts."

7. The Homeowner Contracts provide for binding arbitration of all disputes between Plaintiffs and D.R. Horton related to the construction of their respective homes:

3

PURCHASER AND SELLER SHALL SUBMIT TO BINDING ARBITRATION ANY AND ALL DISPUTES WHICH MAY ARISE BETWEEN THEM REGARDING THIS AGREEMENT AND/OR THE PROPERTY, INCLUDING BUT NOT LIMITED TO ANY DISPUTES REGARDING: (A) SELLER'S CONSTRUCTION AND DELIVERY OF THE HOME . . . ."

8.      D.R. Horton entered into Independent Contractor Agreements (the "ICAs") with Crossclaim Defendants and certain Third-Party Defendants ("Subcontractors") for Subcontractors to provide certain labor and materials to Rivermill.

9.      Each and every ICA provides that all disputes shall be subject to alternate dispute resolution, including mediation and arbitration.

10.      Plaintiffs have filed the instant action asserting claims against D.R. Horton for alleged defective work/materials during the construction of the Homes.

11.      D.R. has filed Crossclaims and Third-Party Claims asserting allegations against Subcontractors under the ICAs and related to the alleged defective work/materials during the construction of Rivermill.

12.      D.R. Horton has not engaged in discovery since the filing of this action.

13.      D.R. Horton requests that this action now be submitted to arbitration as required by the Homeowner Contracts and the ICAs and that this matter be stayed pending the resolution of the claims between the parties including, without limitation, discovery in this case until the resolution of this Motion.

14.      The undersigned consulted with Plaintiffs' counsel and counsel for Subcontractors prior to filing this Motion in an effort to resolve the Motion but has not reached a solution as of the filing of this Motion and the accompanying memorandum of law.

WHEREFORE, pursuant to the Federal Arbitration Act, the Homeowner Contracts, and the ICAs, D.R. Horton moves for an Order compelling Plaintiffs to arbitrate their claims and for

4

Subcontractors to be compelled to arbitrate the dispute as required by the agreements entered between these parties, staying this action pending such arbitration, including any and all discovery that has or may be served by any party, and for such other and further relief as the Court deems just and proper.

This Motion is supported by the pleadings on file with this Court, both federal and state law and statutes, and the accompanying memoranda of law.

Respectfully Submitted,

**KENISON, DUDLEY & CRAWFORD, LLC**

s/Kimila L. Wooten
John T. Crawford, Jr. (Fed. Bar # 9066)
Kimila L. Wooten (Fed. Bar # 5525)
David L. Paavola (Fed. Bar #11713)
Amelia M. Farmer (Fed. Bar #13891)
Jonathan Abrams (Fed. Bar #14158)
W. Jacob Henerey (Fed. Bar # 12724)
KENISON, DUDLEY & CRAWFORD, LLC
325 W McBee Ave, Suite 301
Greenville, SC 29601
Telephone: (864) 242-4899
Facsimile: (864) 242-4844
crawford@conlaw.com
wooten@conlaw.com
paavola@conlaw.com
farmer@conlaw.com
abrams@conlaw.com
henerey@conlaw.com
*Counsel for D.R. Horton, Inc.*

Greenville, SC
February 2, 2026