**EXHIBIT E**



# SOUTH CAROLINA INDEPENDENT CONTRACTOR AGREEMENT

NAME OF CONTRACTOR _Get Floored LLC_ ("Contractor")

___ Sole Proprietorship ___ Partnership _S_ Corporation ___ L.L.C ___ Other (ATTACH W-9)

Social Security No. or Tax ID No.: _20-8603632_

Name of Owner(s)/Officer(s): _John PDreisbach_

Division Name: _____ Area Name: _____ Assigned Vendor No.: _____

Address for All Notices: _2435 East North St Suite 127_

City: _Greenville_ State: _SC_ Zip Code: _29615_

Telephone: (864) _303-7722_ Fax: (864) _244-2214_ E-Mail Address: _floorguy27@msn.com_

Insurance Carriers: **ATTACH INSURANCE CERTIFICATES, OR THERE WILL AUTOMATICALLY BE WITHHOLDING AND DEDUCTIONS.**

This agreement (the "Agreement") is entered into on this _18_ day of _May_, _2016_, between

_DR Horton Inc. and DR Horton - Regent LLC_ ("Owner") and Contractor.

**1. SCOPE OF WORK.** This Agreement is entered on a blanket basis. The terms of this Agreement shall govern all current and future work of Contractor for Owner. The work to be performed under this Agreement shall include all work performed and materials supplied by Contractor, directly or indirectly, to Owner, including but not limited to the labor, services and/or materials, equipment, transportation, or facilities used or required to complete the construction-related activities of Owner authorized by written purchase order, or similar document by Owner's authorized field personnel (the "Work"). The applicable quantities and pricing for the Work shall be reflected in the price sheet, proposal, bid, or purchase order issued by Owner, or in other documentation most recently accepted and approved in writing by Owner (the "Pricing Schedule"). The Pricing Schedule or any other writing shall not modify any of the terms of this Agreement unless executed in the form of an amendment to this Agreement. Owner is not obligated to award any work on specific property to Contractor regardless of the Pricing Schedule, does not guarantee any quantity of work to Contractor, and may at its sole option retain others to perform the Work or similar work at any job location in addition to, or in place of, Contractor.

**2. INDEPENDENT CONTRACTOR STATUS.** Contractor, in performing the Work, shall do so as an independent contractor and shall have the sole right and obligation to control the manner, means, method and performance of the Work. Contractor shall ensure that the results achieved satisfy the requirements of this Agreement. Contractor shall be responsible, and liable, for all acts and omissions of its employees, agents, subcontractors and other persons performing any portion of the Work, and shall ensure that all personnel performing the Work are qualified and competent to perform their assigned tasks and have all necessary licenses. Contractor further shall provide written notification to all of its present and future employees of Contractor's provision for Workers Compensation Insurance. Any provisions in this Agreement which may appear to give Owner the right to direct Contractor as to the details of doing the Work or to exercise a measure of control over the Work shall be deemed to mean that Contractor shall follow the desires of Owner in the results of the Work only.

**3. CONTRACT PRICE.**

    **3.1 Pricing Schedule.** The Pricing Schedule shall be applicable to all Work performed under this Agreement. The Pricing Schedule shall reflect the maximum total payment due to Contractor.

    **3.2 Taxes.** Contractor shall be solely responsible for and will pay all withholding, Social Security, state unemployment and all other similar taxes for Contractor's employees, agents or subcontractors. In addition, Contractor shall pay all applicable sales or use taxes on labor provided and materials furnished or otherwise required by law in connection with the Work, unless Owner furnishes Contractor with a Resale Certificate or Exemption Certificate. If Contractor performs under a fixed-price contract (one price for materials and incorporated skill and labor), the contract price includes all sales and use taxes.

    **3.3 Price Increases. NO PRICE INCREASE SHALL BE BINDING UPON OWNER UNTIL CONTRACTOR GIVES OWNER ONE HUNDRED TWENTY (120) DAYS WRITTEN NOTICE BEFORE ANY PRICE INCREASE IS IMPLEMENTED.** Notwithstanding anything contained on any new Pricing Schedule implementing a price increase, the superseded Pricing Schedule shall remain in effect for Purchase Orders, as defined herein, issued after the date of any new Pricing Schedule until the expiration of the notice period.

**4. PAYMENT.**

    **4.1 Invoices.** Contractor shall invoice Owner no later than the earlier of (i) ninety (90) days after completion of the Work or (ii) thirty (30) days from the date of closing from Owner to a purchaser of the house incorporating the Work. To the extent permitted by law, Contractor waives its right to payment for any Work not invoiced in a timely manner. Owner shall timely pay Contractor for completed Work, provided that Contractor has performed in accordance with and has fully complied with all terms and conditions of this Agreement. If the Work is to be performed in stages, payments may be made for each stage at Owner's option. All Work described on a Purchase Order shall be considered separate and distinct from Work described on any other Purchase Order, as defined herein.

    <u>**CONTRACTOR SPECIFICALLY WAIVES THE RIGHTS AND REMEDIES SET FORTH AT S.C. CODE ANN. §§ 29-6-30 AND 29-6-50 CONCERNING THE TIMING OF PAYMENTS AND INTEREST ON DELAYED PAYMENTS. CONTRACTOR ACKNOWLEDGES THAT THE TERMS OF THIS AGREEMENT CONTROL AS TO THE TIMING OF PAYMENTS AND THAT NO PROVISION FOR INTEREST DUE TO CONTRACTOR IN THE CASE OF DELAYED PAYMENTS IS MADE HEREIN. CONTRACTOR**</u>

**THIS AGREEMENT CONSISTS OF SEVEN (7) PAGES AND ADDENDA, IF ANY.**

Executed this _18_ day of _May_, _2015_.

Owner:  
By: _____  
Name: _Ravi Patel_  
Title: ~~Division President~~ _API Manager_

Contractor:  
By: _John Dreisbach_  
Name: _Get Floored LLC_  
Title: _owner_

INITIALS: OWNER _____, CONTRACTOR _____.

**AGREES THAT OWNER DOES, AND WILL, NOT OWE INTEREST ON ANY TERMS WHATSOEVER IN THE CASE OF ANY DELAYED PAYMENT.**

**4.2 Contractor Payments.** No payments shall be due under this Agreement until Contractor's invoice (or Purchase Orders, as defined herein, if applicable) for the Work has been submitted to Owner for payment. This action shall constitute a representation and confirmation by Contractor that all Work (or a specified portion of the Work) to be performed on a specific job location has been completed satisfactorily and that all material suppliers, laborers and subcontractors have been paid in full. In exchange for progress payments, Owner may require a partial release (to the extent of all payments made) of all liens for materials furnished and labor performed by Contractor, its employees and agents and all third parties furnishing labor or materials in connection with the Work so performed, and an affidavit that no person has a right to any lien for materials or labor. Unless otherwise agreed by Owner and Contractor, payment to Contractor shall be made by check. Owner may, at any time, in its discretion, make checks payable jointly to Contractor and one or more third parties; and these joint payments shall satisfy amounts owed by Owner to Contractor, whether or not all parties endorse the checks.

**4.3 Acceptance of Work.** Acceptance by Contractor of the final payment of the contract price shall waive and release all claims against Owner under this Agreement, but shall not waive any claims of Owner arising out of or resulting from the Work and shall not release Contractor from any obligations under this Agreement, including but not limited to liability for warranties, warranty service, or any other liability for alleged defects in the Work. No certificate issued, nor payment made to Contractor, nor partial or entire use or occupancy of the Work by Owner or its agents or customers or assigns shall constitute an acceptance of the Work or materials not in compliance with this Agreement, or be used in any way as evidence of acceptance by Owner.

## 5. SCHEDULE OF WORK.

**5.1 Construction Schedule.** Contractor acknowledges that **TIME IS OF THE ESSENCE** in the performance of all Work and obligations under this Agreement. Owner may alter the time, order and priority for performance of all components of the Work and all matters relative to the timely and orderly conduct of the Work without increase in price or liability of any kind to Contractor or others. Contractor shall coordinate with Owner all Work scheduled and cooperate with other contractors.

**5.2 Authorization and Commencement of the Work.** Authorization for any Work shall be in writing, either pursuant to a written purchase order, work invoice, or similar document ("Purchase Order"). Contractor shall have no authority to commence the Work at any specific job location until Owner has issued instructions to proceed. Contractor shall commence the Work no later than three (3) days after notice to proceed from Owner, and if such Work is interrupted at the direction of Owner, Contractor shall resume such Work within two (2) working days of Owner's direction to resume.

**5.3 Changes in Construction Schedule.** Owner shall have the right to make changes to the schedule of Work at Owner's sole discretion, and Contractor shall comply with such changes. Contractor shall not be entitled to any additional compensation for such schedule changes.

## 6. PERFORMANCE OF THE WORK.

**6.1 Applicable Standards.** Contractor shall perform all Work in accordance with any plans or specifications of Owner, in a good and workmanlike manner, and in accordance with all industry standards and practices. The Work shall meet or exceed FHA minimum property standards, VA requirements, all manufacturers' or suppliers' standards or specifications for use and installation, and all laws (statutory and common law), ordinances, rules (governmental and private agency), and regulations (including but not limited to any applicable building code requirements). In the event of conflicting provisions, specifications will take precedence over the drawings; the more specific provision will take precedence over the less specific; the more stringent will take precedence over the less stringent; the more expensive item will take precedence over the less expensive; later modifications or changes will supersede or take precedence over earlier provisions. Contractor shall immediately notify Owner in writing of any allegedly conflicting provisions.

**6.2 Representative(s).** Contractor shall have a competent representative at the job site at all times during performance of the Work who shall have absolute authority to act, in all respects, on behalf of and for Contractor.

**6.3 Contractor's Acknowledgements Regarding Work.** Contractor's commencement of the Work shall be deemed as Contractor's agreement to complete the Work by the completion date specified by an authorized employee of Owner and shall be deemed as Contractor's acknowledgment that Contractor has inspected the job location, is thoroughly familiar with the plans and specifications, and that the plans and specifications are clear and unambiguous, and that Contractor has accepted and agreed to be bound by all such requirements.

**6.4 Government Requirements.** Contractor shall comply with all applicable federal, state, and local laws and statutes, ordinances, rules, regulations, orders, codes, licensing requirements and standards relating in any way to the performance of the Work, including but not limited to the requirements of the Occupational Safety and Health Act of 1970 as amended, the training and record-keeping requirements of the Hazard Communication Standard, 29 C.F.R. §1926.59 et seq., and the procurement and posting of all required permits and notices (the "Requirements"). In addition to its obligations under Section 10 of this Agreement, Contractor shall immediately pay all fines or penalties assessed upon Contractor or Owner relating to the Work for any violation of or noncompliance with the Requirements, and shall, to the fullest extent permitted by law, **INDEMNIFY, DEFEND,** and **HOLD OWNER HARMLESS** from and against any and all claims, demands, liability, losses, costs, damages or expenses including attorneys' fees and costs incurred, lawsuits, actions, causes of action, citations or work stoppages, or other litigation of every kind and character in any way incident to, in connection with, or arising out of any alleged violation of or noncompliance with the Requirements by Contractor, or any individual or entity acting on behalf of or at the direction of Contractor, regardless of any alleged fault of Owner. In addition, Contractor shall not discriminate illegally in its hiring or employment and shall comply with all state and federal employment laws or regulations. Contractor shall perform background checks and ensure only suitable persons perform warranty or repair work after a house is occupied.

**6.5 Observation, Inspection and Testing.** Owner and any government agency inspector ("Inspector") shall have the right, but not the obligation, to observe, inspect or test the Work at any time during or after construction, but that observation, inspection or testing is solely for the benefit of Owner and is not for Contractor's benefit. Contractor shall cooperate with Owner and Inspector during any such inspection. The failure by Owner or Inspector to note defects in the Work during an inspection shall not waive or vary any of Contractor's obligations, representations or warranties related to the Work.

**6.6 Work of Others.** Contractor shall be responsible for inspecting any work of another contractor that may affect Contractor's own Work in any way, and shall report in writing to Owner any defects in the work of any other contractor prior to commencement of any Work, or Contractor shall be deemed to have accepted all other contractors' work for inclusion into Contractor's Work.

**6.7 Licenses, Permits, and Approvals.** Contractor shall secure and maintain all permits, licenses, approvals, and as-built drawings necessary for, or applicable to, the performance of the Work. Contractor shall provide copies to Owner immediately upon request.

**6.8 Change Orders.** Owner and Contractor agree that no additional charge or increased price shall be charged by Contractor for any change or alteration unless set forth in a written variance agreement or change order ("Change Order") or Purchase Order signed by Owner and Contractor before the commencement of such changes. Contractor shall comply with any Change Order requested by Owner, without nullifying this Agreement, at a reasonable addition to, or reduction from, the Pricing Schedule.

**6.9 Subdivision Rules.** Contractor shall comply fully with all rules, regulations, and restrictive covenants governing the subdivision in which

INITIALS: OWNER _____ , CONTRACTOR _____ .

the Work is performed, including without limitation, rules, regulations and restrictions (i) establishing hours and/or days that Work may be performed; (ii) governing storage of materials on the job location; (iii) regulating trash pick-up and waste collection at the job location; and (iv) Work Site safety requirements. Contractor shall be subject to subdivision rules which provide for fines payable to Owner by Contractor for failure to comply with such rules, which may be deducted by Owner from any sums owed by Owner to Contractor.

**6.10 Clean-up.** Contractor shall at all times keep the job site free from accumulation of waste or other discarded materials, including but not limited to trash, unused building materials, garbage, refuse or rubbish ("Waste"), caused by its operations and shall remove all of Contractor's materials at the conclusion of the Work. If materials are furnished by Owner, Contractor shall move all usable materials at the conclusion of the Work to a location designated by Owner. In addition to removal of all Waste upon the conclusion of the Work, Contractor shall leave the inside of any home under construction in "broom clean" condition. Contractor shall dispose of all Waste properly, and may place it in any receptacles intended for that purpose or at other locations designated by Owner. Contractor's failure to comply with this provision shall authorize Owner to undertake any necessary clean-up. The cost of any such clean-up shall be payable by Contractor immediately upon demand by Owner and may be deducted by Owner from any sums owed to Contractor.

## 7. SAFETY.

**7.1 Contractor Responsibility for Safety.** Contractor shall, at its own expense, be solely responsible for protecting its employees, subcontractors, material suppliers and all other persons from risk of death, injury or bodily harm arising from, or in any way related to, the Work or the construction site on which the Work is being performed (the "Work Site"), and ensuring full compliance with all government safety and OSHA rules and regulations. Contractor shall have an ongoing safety program and conduct inspections to ensure that safe working conditions and equipment exist and safe practices are observed. Contractor shall have a competent person on the Work Site at all times in charge of Contractor's safety program. UNDER NO CIRCUMSTANCES SHALL THE ACTIONS OF OWNER IN REQUIRING IMPLEMENTATION OF A SAFETY PROGRAM BE CONSTRUED AS OWNER HAVING CONTROL OVER CONTRACTOR'S SAFETY PROGRAM. CONTRACTOR SHALL BE SOLELY RESPONSIBLE FOR THE CONTENT AND IMPLEMENTATION OF ITS SAFETY PROGRAM WHICH SHALL MEET OR EXCEED APPLICABLE LEGAL STANDARDS. CONTRACTOR AGREES THAT OWNER HAS NO RESPONSIBILITY OR LIABILITY FOR THE PHYSICAL CONDITION OR SAFETY OF THE WORK SITE. Contractor shall immediately notify Owner's construction supervisors of any unsafe conditions or practices observed on the Work Site and promptly send Owner a written notice if the condition or practice is not immediately remedied. Further, Contractor shall immediately notify in writing Owner and Contractor's insurer of any accidents or injuries on the Work Site. Contractor shall prohibit and prevent the presence on the Work Site of persons under age eighteen (18) and all persons not involved in the Work.

**7.2 Safety Laws.** Contractor shall fully comply with all laws, orders, citations, rules, regulations, standards and statutes concerning occupational health and safety, accident prevention, safety equipment and practices, including but not limited to federal and state OSHA regulations ("Safety Law"). In addition to its obligations under Section 10 of this Agreement, Contractor shall immediately pay all fines or penalties assessed upon Contractor or Owner relating to the Work for any violation of, or noncompliance with, the Safety Law, and shall, to the fullest extent permitted by law, **INDEMNIFY, DEFEND,** and **HOLD OWNER HARMLESS** from and against any and all claims, demands, liability, losses, costs, damages or expenses including attorneys' fees and costs incurred, lawsuits, actions, causes of action, citations or work stoppages, or other litigation of every kind and character in any way incident to, in connection with, or arising out of any alleged violation or noncompliance by Contractor, or any individual or entity acting on behalf of or at the direction of Contractor, of the Safety Law, or safety citation, regardless of any alleged fault of Owner. Contractor shall provide Owner with written verification of compliance with Hazard Communication Standard, 29 C.F.R. §1926.59 et seq., and, if required by law, provide written notice to Owner of the contact person responsible for Contractor's safety compliance.

**7.3 Hazardous Materials.** Contractor shall not permit any Hazardous Substances, defined below, to be brought onto or stored at any job site or used in the construction of the Work, except for commonly used construction materials, provided however, that all such material shall be handled in full compliance with all laws, ordinances and regulations. All notices required to be given with respect to such products shall be given by Contractor. Contractor shall not release or dispose, nor allow any other person to release or dispose, of Hazardous Substances or waste at any job site or into the soil, drains, surface or ground water, or air. "Hazardous Substance" means any substance or material which any state, federal or local governmental authority determines or designates as capable of posing a risk of injury to health, safety, property or the environment.

**7.4 No Alcohol or Drugs.** Contractor shall prohibit and prevent the presence or use of alcohol or drugs by its employees, agents, subcontractors or suppliers at a job location, or performance of the Work by any person under the influence of alcohol or drugs. "Drugs" shall include any substance, whether or not illegal, which upon exposure, ingestion, inhalation, injection or by any other introduction, may impair one's ability to safely perform the Work.

## 8. CONTRACTOR'S WARRANTIES.

**8.1 Against Defective Work.** For the longer of ten years or the period of any applicable statute of limitation or repose, Contractor unconditionally warrants to Owner, its parent, subsidiary or affiliate entities, or successors and assigns, that all Work shall conform to the specifications of this Agreement (including but not limited to the standards referenced in Subsection 6.1), shall be free from any defects or deficiencies in workmanship or materials, shall comply with the requirements of all applicable governing authorities, laws, regulations and ordinances, shall meet or exceed the FHA/VA minimum property standards, and shall comply with the Home Owners' Warranty, defined below and its applicable warranty standards (which Contractor has read and understands). All Work not conforming to these requirements shall be considered to be defective. All material shall be new and of best quality within the scope of the Pricing Schedule and free from defects. Contractor shall be liable to make good or promptly repair all Work not complying with the standards set forth in this Section at its own expense.

**8.2 Home Owners Warranty.** In addition to the warranty in Subsection 8.1, Contractor warrants that the Work shall remain free of defects for the following warranty periods beginning on the earlier of the date of occupancy by, or transfer of title from Owner to, any initial home purchaser of property subject to the Work: (i) for a period of ten (10) years all structural elements, including but not limited to roof framing members (rafters and trusses), floor framing members (joists and trusses), bearing walls, columns, lintels (other than lintels supporting veneers), girders, load-bearing beams, and foundation and footing systems; (ii) for a period of two (2) years all: (a) heating/ventilating/air conditioning duct work, refrigerant lines, steam and water pipes, registers, convectors and dampers, (b) plumbing pipes (supply and waste) and their fittings, as well as gas supply lines and vent pipes located within the home, and (c) electrical wiring, electrical boxes and connections up to the public utility connections, installed by Contractor; and (iii) all other elements for a period of one (1) year but in no event shall a warranty period or coverage for the system, element or other portion of the Work be less than the applicable warranty period or coverage for such system, element, or other portion of the Work under (a) any statutory warranty or (b) residential warranty program from any residential warranty company for the residential warranty policy to be provided by Owner to any Homeowner, including but not limited to the Residential Warranty Corporation Program (a "Home Owners' Warranty"). Owner shall use its best efforts to provide Contractor with notice of any warranty period under any Home Owners Warranty that is longer than the warranty periods stated above; provided, however, failure to give that notice will not affect the extension of the warranty period to the applicable warranty period under the Home Owners Warranty.

**8.3 Repair by Owner Does Not Waive Warranty.** The performance/fulfillment of any warranty repair responsibilities by Owner or any other third party will not affect, minimize, or in any way obviate Contractor's warranty or indemnity obligations hereunder, nor shall it affect Owner's right to require Contractor to perform warranty services thereafter.

**8.4 Transfer of Manufacturers Warranties.** Contractor shall furnish, transfer and assign all warranties, relevant product information, and guarantees by manufacturers on components of the Work, including any appliances or equipment, and shall furnish all certificates required by any third parties such as any municipality, the VA, or the FHA. These warranties, guarantees, and certificates are in addition to all other warranties or obligations of Contractor provided by law or otherwise and shall not limit or reduce any applicable statutes of limitation.

INITIALS: OWNER _____, CONTRACTOR _____.

**8.5 Transfer of Title and Ownership to Work and Other Documents.** Contractor warrants and hereby transfers title to all Work, including, but not limited to all materials, products, samples, as-built drawings and shop drawings, to Owner, either upon incorporation in the construction or upon receipt of payment by Contractor, whichever occurs first, free and clear of all liens, claims, security interests or encumbrances. To the extent subject to copyright law, all Work shall be considered a "work made for hire." Upon request of Owner, Contractor shall also provide any other documents necessary to transfer any and all ownership rights to the Work, including, but not limited to any copyright rights, to Owner.

## 9. LIENS AND RETAINAGE.

**9.1 Contractor's Lien Waiver. TO THE EXTENT PERMITTED BY LAW, CONTRACTOR, FOR ITSELF, ITS EMPLOYEES, SUBCONTRACTORS AND SUPPLIERS, HEREBY WAIVES ITS STATUTORY, CONSTITUTIONAL AND COMMON LAW RIGHTS TO ASSERT LIENS OR SIMILAR CLAIMS AGAINST OWNER OR ITS PROPERTY.**

**9.2 Retainage.** At all times during the performance of this Agreement and for thirty (30) days afterwards, Owner shall be entitled to hold, for all Work in progress, the greater of ten percent (10%) or any allowable retainage and any statutory sums in accordance with the laws of the state in which the Work is located.

**9.3 Lien Claim Indemnity.** If any liens, affidavits of claim, stop payment notices, or lis pendens arising out of the Work are filed or provided to Owner, Contractor agrees that Owner shall be entitled to withhold all further payments to Contractor until Contractor causes such liens, affidavits of claim, stop payment notices, or lis pendens to be removed and released of record. In addition to its obligations under Section 10 of this Agreement, Contractor shall, to the fullest extent permitted by law, **INDEMNIFY, DEFEND,** and **HOLD OWNER HARMLESS** from any loss, expense, including legal fees and disbursements, damage or injury caused or occasioned, directly or indirectly, by any such liens, affidavits of claim, stop payment notices, or lis pendens, and further agrees immediately upon Owners' request to: (i) procure a bond to indemnify Owner and any purchaser of property including the Work, in an amount sufficient to discharge any and all liens, affidavits of claim, stop payment notices, or lis pendens, or (ii) pay to Owner all monies, including any additional amount necessary to cover all attorneys' fees, expenses and court costs paid by Owner or any home purchaser in discharging the liens, affidavits of claim, stop payment notices, or lis pendens whichever remedy Owner elects in its sole and absolute discretion. The provisions of this paragraph shall be in addition to any rights Owner may have under applicable law with respect to such liens, affidavits of claim, stop payment notices, or lis pendens.

## 10. CONTRACTOR'S INDEMNITY.

**10.1 GENERALLY. TO THE FULLEST EXTENT PERMITTED BY LAW, CONTRACTOR SHALL PROTECT, DEFEND, INDEMNIFY, AND HOLD OWNER AND OWNER'S PARENT CORPORATION, SUBSIDIARIES, AFFILIATES, SUCCESSORS AND ASSIGNS, AND EACH OF THESE ENTITIES' RESPECTIVE OFFICERS, DIRECTORS, PARTNERS, EMPLOYEES, AGENTS AND INSURERS (INDIVIDUALLY OR COLLECTIVELY "INDEMNITEE"), FREE AND HARMLESS FROM AND AGAINST ANY AND ALL CLAIMS, DEMANDS, LAWSUITS OR OTHER LITIGATION, ACTIONS, CAUSES OF ACTION, OR OTHER LIABILITIES, OF EVERY KIND AND CHARACTER (INCLUDING ALL COSTS THEREOF, ATTORNEYS' FEES AND INTEREST), WHETHER ASSERTED BY A PURCHASER OR OWNER, CONTRACTOR, OR ANY THIRD PARTY (INCLUDING BUT NOT LIMITED TO PERSONNEL FURNISHED BY CONTRACTOR, ITS SUPPLIERS AND SUBCONTRACTORS OF ANY TIER), ON ACCOUNT OF BODILY OR PERSONAL INJURY, DEATH, OR DAMAGE TO OR LOSS OF TANGIBLE OR INTANGIBLE PROPERTY INCLUDING THE LOSS OF USE THEREOF IN ANY WAY OCCURRING, INCIDENT TO, ARISING OUT OF, OR IN CONNECTION WITH: (1) A BREACH OF ANY WARRANTIES, REPRESENTATIONS, COVENANTS, OR OTHER OBLIGATIONS OF CONTRACTOR SET FORTH IN THIS AGREEMENT; (2) THE WORK, AS DEFINED IN SECTION 1, INCLUDING BUT NOT LIMITED TO WORK PERFORMED OR TO BE PERFORMED OR MATERIAL SUPPLIED BY CONTRACTOR OR BY CONTRACTOR'S AGENTS OR EMPLOYEES, OR BY ITS SUPPLIERS OR SUBCONTRACTORS OF ANY TIER, OR THEIR RESPECTIVE AGENTS OR EMPLOYEES; (3) ANY NEGLIGENT OR INTENTIONAL ACT OR OMISSION OF CONTRACTOR OR ANY OF CONTRACTOR'S EMPLOYEES, PERSONNEL, AGENTS, SUPPLIERS OR SUBCONTRACTORS, REGARDLESS OF WHETHER CAUSED IN PART BY INDEMNITEE; OR (4) ANY NEGLIGENT OR INTENTIONAL ACT OR OMISSION OF INDEMNITEE RELATED IN ANY WAY TO THE WORK. CONTRACTOR'S DUTY TO DEFEND IS A SEPARATE, DISTINCT, AND INDEPENDENT OBLIGATION FROM ITS DUTY TO INDEMNIFY AND IS TRIGGERED IMMEDIATELY WHEN ANY CLAIM, DEMAND, OR OTHER ASSERTION OF LIABILITY IS MADE AGAINST INDEMNITEE WHICH POTENTIALLY OR ARGUABLY IS SUBJECT TO CONTRACTOR'S DUTY TO INDEMNIFY, REGARDLESS OF CONTRACTOR'S ULTIMATE LIABILITY FOR INDEMNITY. CONTRACTOR MUST DEFEND INDEMNITEE EVEN WHERE THE ALLEGATIONS AGAINST INDEMNITEE ARE AMBIGUOUS OR INCOMPLETE WITH RESPECT TO THE ISSUE OF CONTRACTOR'S DUTY TO INDEMNIFY. ONCE THE DUTY TO DEFEND IS TRIGGERED, CONTRACTOR IS OBLIGATED TO DEFEND THE ENTIRE ACTION, LAWSUIT, ARBITRATION, OR OTHER LITIGATION, INCLUDING ANY CLAIMS THEREIN NOT SUBJECT TO INDEMNITY BY CONTRACTOR. NOTWITHSTANDING THE FOREGOING, NOTHING HEREIN SHALL REQUIRE CONTRACTOR TO INDEMNIFY INDEMNITEE AGAINST LIABILITY FOR DAMAGES ARISING OUT OF BODILY INJURY OR PROPERTY DAMAGE PROXIMATELY CAUSED BY OR RESULTING FROM THE SOLE NEGLIGENCE OR SOLE INTENTIONAL ACT OR OMISSION OF INDEMNITEE. CONTRACTOR AGREES THAT ITS OBLIGATIONS SHALL NOT BE LIMITED BY ANY LIMITATION ON THE AMOUNT OF DAMAGES, COMPENSATION OR BENEFITS PAYABLE BY OR FOR CONTRACTOR UNDER WORKERS COMPENSATION ACTS, DISABILITY BENEFIT ACTS OR OTHER EMPLOYEE BENEFIT ACTS. PAYMENT FOR THE WORK IS NOT A CONDITION PRECEDENT TO CONTRACTOR'S OBLIGATIONS UNDER THIS SECTION.**

**10.2 INDEMNITY NOT EXCLUSIVE REMEDY. ANY PAYMENTS BY CONTRACTOR UNDER SECTION 10 TO OR ON BEHALF OF THE INDEMNITEE SHALL BE IN ADDITION TO ALL OTHER LEGAL REMEDIES AVAILABLE TO THE INDEMNITEE AND SHALL NOT BE CONSIDERED THE INDEMNITEE'S EXCLUSIVE REMEDY. INDEMNITEE SHALL HAVE THE RIGHT, IF IT SO CHOOSES IN ITS ABSOLUTE DISCRETION, TO DEFEND ALL CLAIMS WHICH MAY BE ASSERTED, AND CONTRACTOR WILL REIMBURSE INDEMNITEE FOR ALL EXPENDITURES THAT OWNER MAY INCUR ON ACCOUNT OF THE CLAIM.**

**10.3 NO BAILMENT. CONTRACTOR AND CONTRACTOR'S EMPLOYEES, PERSONNEL, AGENTS, ALL SUBCONTRACTORS, AND SUPPLIERS SHALL BE SOLELY RESPONSIBLE FOR THEIR RESPECTIVE TOOLS, MATERIALS, AND EQUIPMENT, AND HEREBY WAIVE ANY RIGHT OF RECOVERY AGAINST THE INDEMNITEE WITH RESPECT TO: (1) ANY LOSS OF SUCH TOOLS, MATERIALS, OR EQUIPMENT, OR (2) ANY DAMAGE TO SUCH TOOLS, MATERIALS OR EQUIPMENT.**

**10.4 Subcontractors and Suppliers Indemnity Obligations.** Contractor shall require each of its subcontractors to agree to indemnify Indemnitee to the same extent that Contractor is required to indemnify Indemnitee in this Agreement. Before a subcontractor begins its Work, Contractor shall obtain a signed agreement from that subcontractor indemnifying Indemnitee to the extent required and provide that agreement and evidence of satisfactory insurance to Owner. In addition, to the extent permitted by law, Contractor shall require that each supplier or subcontractor indemnify Indemnitee from all losses arising from any materials or labor incorporated into the Work. Contractor shall require subcontractors and material suppliers to agree to submit to binding arbitration on the terms set forth in Section 13 of this Agreement. For all purposes, including the purposes of this Agreement, Contractor shall be fully responsible for all of the acts and omissions of any subcontractor or supplier who performs any part of the Work, and all obligations of Contractor under this Agreement shall be deemed also to be the obligation of the subcontractors or suppliers to Owner, for which Contractor shall be fully responsible to Owner.

INITIALS: OWNER _____ , CONTRACTOR _____ .

## 11. INSURANCE.

**11.1 General Liability.** Contractor agrees to carry a Broad Form Commercial General Liability Insurance on an Occurrence Form (the "CGL Policy"), with products-completed operations coverage, which contains a per occurrence limit of no less than One Million Dollars ($1,000,000.00), and an aggregate limit of no less than Two Million Dollars ($2,000,000.00) protecting against bodily injury, broad form property damage, and personal injury claims arising from the exposures of: (i) premises-operations; (ii) products-completed operations including materials designed, furnished, and/or modified in any way by Contractor (with a separate aggregate limit at least equal to the general aggregate limit); (iii) independent subcontractors; (iv) contractual liability risk covering the indemnity obligations set forth in this Agreement; and (v) where applicable, property damage resulting from explosion, collapse, or underground (x, c, u) exposures. The CGL Policy shall not exclude from coverage the type, nature, or volume of the Work or limit the type of structure or number of units on which the Work is to be performed. The CGL policy shall not contain a deductible or self-insured retention of more than $25,000.00, and shall allow the satisfaction of any and all deductible or self-insured retention through payments made by any third party, including but not limited to Owner or any additional insured, co-insureds, co-insurers, or insureds other than the primary or first named insured. Contractor shall continuously maintain a CGL Policy covering products-completed operations for any applicable warranty period, statute of limitation, or statute of repose, whichever is longer, for the filing or asserting of claims, lawsuits or other actions arising out of or relating to the Work.

**11.2 Other Insurance.** Contractor agrees to carry (a) Workers Compensation Insurance that provides statutory benefits and coverage imposed by applicable state or federal law for Contractor's personnel, employees or agents and Contractor shall satisfy all Workers Compensation obligations imposed by law; (b) if Contractor's Work includes design services, Contractor Professional Liability Insurance or Professional Liability Insurance for Architects, Engineers, Surveyors, and other Professional Service Organizations, that provides a per claim limit of no less than One Million Dollars ($1,000,000.00) and an aggregate of no less than One Million Dollars ($1,000,000.00) protecting against faulty design and faulty professional judgment; and (c) Commercial Automobile Liability Insurance coverage with limits of not less than $500,000 per person for bodily injury and $500,000 property damage per occurrence specifying "all autos" coverage or "all owned, leased, hired or non-owned autos."

**11.3 General Requirements Applicable to All Required Insurance.** Contractor shall add Owner, D.R. Horton, Inc., and all affiliates and subsidiaries of D.R. Horton, Inc., (collectively "Horton") as named, Additional Insureds, specifically identifying Horton, on the CGL Policy and policies required above covering both ongoing operations and completed operations (equivalent in scope to form CG 2010 1185 or, if unavailable, both forms CG 2010 1001 and CG 2037 1001). Coverage obtained by Contractor with Horton as an additional insured shall be primary, with any insurance of Horton being excess coverage. Insurance coverages required by this Agreement shall contain unqualified provisions to the effect that the policy shall: (i) not be subject to cancellation, non-renewal, adverse change, or reduction of amounts of coverage without thirty (30) days prior written notice to Owner; (ii) be carried continuously from the date of commencement of the Work until expiration of any applicable warranty period, statute of limitation, or statute of repose, whichever is longer, for the filing or asserting of claims, lawsuits or other actions arising out of or relating to the Work; (iii) provide for a waiver of subrogation; (iv) indicate that coverage applies in the state where the Work is being performed; and (v) be with a carrier licensed to do business in the jurisdiction of the Work with a minimum financial strength rating of A and a financial size rating of VII as determined by A.M. Best with insurance companies acceptable to Owner in its sole and absolute discretion. The amounts and types of insurance required by this Agreement are the minimums required by Owner and shall not be substituted for an independent determination by Contractor of the amounts and other types of insurance that Contractor shall determine to be reasonably necessary to protect itself, the Work, and its obligations under this Agreement. In the event that Contractor obtains insurance coverage that is broader than the minimums required by this Agreement, this Agreement shall be deemed to require the broader coverage, including but not limited to any greater limits.

**11.4 Proof of Insured Status.** Contractor shall provide evidence that all required insurance is in full force by furnishing Owner with a Certificate of Insurance, portions of policies (including but not limited to declarations pages and endorsements), or certified copies of the required policies, as requested by Owner.

**11.5 Reduction of Price for Non-Compliance.** NOTWITHSTANDING THE FOREGOING, IF THE CONTRACTOR FAILS TO PROVIDE OWNER WITH THE REQUIRED EVIDENCE OF INSURANCE, IN ADDITION TO ALL OTHER REMEDIES, OWNER, AT ITS SOLE OPTION, SHALL BE ENTITLED TO: (A) REDUCE THE AMOUNT DUE CONTRACTOR BY THE AMOUNT (ESTABLISHED BY OWNER BY OWNER POLICY WITH RESPECT TO PARTICULAR TRADE CATEGORIES IN ITS SOLE AND ABSOLUTE DISCRETION IN EFFECT AT THE TIME WORK IS PERFORMED) TO COMPENSATE OWNER REASONABLY FOR ANY ADDITIONAL COSTS OF ITS WORKERS COMPENSATION AND GENERAL LIABILITY INSURANCE PREMIUMS AND OWNER'S INCREASED RISKS AND ADMINISTRATIVE COSTS ASSOCIATED WITH DOING BUSINESS WITH UNINSURED CONTRACTORS, THEIR EMPLOYEES OR AGENTS. THIS WITHHOLDING IS NOT PAYMENT FOR INSURANCE AND OWNER IS IN NO WAY AN INSURER OF CONTRACTOR, AND/OR ITS EMPLOYEES OR SUBCONTRACTORS. CONTRACTOR REMAINS OBLIGATED TO PROVIDE INSURANCE FOR ITSELF AND ITS EMPLOYEES UNDER THIS AGREEMENT AND THE AMOUNT WITHHELD MAY EXCEED THE ACTUAL COSTS INCURRED BY OWNER; OR (B) ACCEPT FROM CONTRACTOR A WAIVER OF INSURANCE TO THE EXTENT PERMITTED AND MADE IN ACCORDANCE WITH THE REQUIREMENTS OF ANY APPLICABLE STATUTES OR REGULATIONS.

**11.6 Subcontractor and Supplier Insurance Obligations.** If Contractor subcontracts any of the Work, Contractor warrants and guarantees that each subcontractor shall carry the same insurance required to be carried by Contractor in this Section 11, and that each subcontractor shall name Horton as an additional insured on the required liability policy or policies to the same extent that Contractor is required to do so. Further, Contractor shall require subcontractors and material suppliers to provide to Owner evidence of satisfactory insurance in accordance with the terms of this Agreement.

**11.7 Subrogation.** Contractor hereby waives, releases and discharges all claims and/or rights of recovery by subrogation or otherwise (including but not limited to claims relating to deductible or self-insured retention clauses, inadequacy of limits of any insurance policy, insolvency of any insurer, limitations or exclusions of coverage) against Owner or any Indemnitee, and any of their consultants, subcontractors, agents, employees and representatives. A waiver of subrogation shall be effective as to any individual or entity even if such individual or entity (a) would otherwise have a duty of indemnification, contractual or otherwise, (b) did not pay the insurance premium directly or indirectly, and (c) whether or not such individual or entity has an insurable interest in the property damaged.

## 12. REMEDIES.

**12.1 Owner's Remedies.** If Work performed by Contractor pursuant to this Agreement is defective or incomplete, or if another contractor's work, or other property, is damaged by an act or omission of Contractor, its employees, agents, suppliers, or subcontractors, Owner shall have the right to elect, at its sole discretion to: (i) notify Contractor, at which time Contractor shall promptly correct all or any portion of the Work designated by Owner, and replace or repair any other damaged work or property designated by Owner, at Contractor's expense, within twenty-four (24) hours of notice in an emergency (as determined by Owner in its sole discretion) and within forty-eight (48) hours of notice on a non-emergency basis; or (ii) correct all or any portion of the Work, and replace or repair all or any portion of the other damaged work or property. Owner may retain any sums otherwise due Contractor under any Purchase Order or invoice and apply these sums against such costs to complete, repair, or replace, plus any related costs or damage including re-inspection fees, with any excess to be paid to Contractor. If such costs exceed the funds withheld, Contractor shall be fully responsible for the deficiency, together with any damages and costs, including costs of court and attorneys' fees incurred by Owner, and shall pay this amount to Owner immediately upon demand.

**12.2 Right to Withhold or Offset.** In addition to the remedies in Subsection 12.1, Owner may withhold payment otherwise due Contractor and offset that payment against any damages or expenses incurred by Owner, if: (i) Contractor does not make prompt and proper payments to its employees, agents, and/or subcontractors, or fails to pay for any labor, materials or equipment furnished to Contractor by third parties; (ii) claims or liens

INITIALS: OWNER _____ , CONTRACTOR _JD_ .

are filed against the job location as a result of Contractor's acts or omissions; (iii) in Owner's discretion, Owner reasonably believes that Contractor's Work is not progressing satisfactorily or that the Work cannot or may not be completed in accordance with the terms of this Agreement; (iv) Contractor fails to perform, or to pay the costs and expenses of warranty service, any indemnity claim, taxes or legal order owed by Contractor under this Agreement; (v) Contractor fails to timely provide the evidence of insurance required pursuant to this Agreement and Owner has not expressly waived that insurance; (vi) Contractor fails to promptly pay any fines or penalties imposed against Owner or Contractor related directly or indirectly to the Work; (vii) Contractor has not provided necessary or adequate tools, material, or equipment for, or cleaned up after, the Work; or (viii) Contractor fails to comply with any other provision of this Agreement, or any agreement between Contractor and Owner's parent company, any subsidiary or affiliate. Without limiting the generality of the foregoing, Owner may set offset from amounts owing to Contractor hereunder any amounts owing by Contractor to Owner's parent company, any subsidiary or affiliate, under any agreement between Contractor and any such entity.

**12.3 Remedies Not Exclusive.**   The duties and obligations imposed by this Agreement, and rights and remedies available under this Agreement, shall be independent and cumulative so that no one of them is exclusive, and each is in addition to and not a limitation of duties, obligations, rights, and remedies otherwise imposed or available by law. The assertion by any party of any right or remedy shall not preclude the assertion by such party of any other rights or the seeking of any other remedies allowed.

**12.4 Right to Attorneys' Fees and Expenses.**   Contractor shall pay any and all attorneys' fees and other expenses incurred by Owner in enforcing Contractor's obligations under this Agreement.

## 13. ALTERNATIVE DISPUTE RESOLUTION.

**13.1 Disputes.**   All disputes, whether existing now or arising in the future between them, related in any way to this Agreement, to Contractor's Work, or to any dispute that Owner or Contractor shall have with any third party related to the Work ("Disputes") shall be subject to Alternative Dispute Resolution. These disputes shall include claims related to the construction or sale of any home or property incorporating the Work, including any claims asserting any alleged defects in the Work or any alleged representations and/or warranties, express or implied, relating to the property and/or the improvements. Contractor shall incorporate all of Section 13 in its agreements with subcontractors and suppliers, requiring them to participate in the dispute resolution process described in to the same extent Contractor is required to participate.

**13.2 Mediation.**   If a Dispute cannot be settled through negotiation, Owner and Contractor may agree in good faith to settle the Dispute by mediation. Cost of mediation shall be shared equally by the parties. Notwithstanding the foregoing, a party need not resort to mediation before seeking other relief.

**13.3 Arbitration.**   If the parties are unable to resolve any Dispute by agreement, regardless of any other choice of law provision in any underlying contract or this Agreement, the Dispute shall be submitted to binding arbitration under the Federal Arbitration Act, 9 U.S.C. 1 et seq. ("FAA"). All demands for arbitration shall be made before the expiration of the applicable statutes of limitations or repose, except that any claim by Owner shall not accrue for purposes of any time limitation for claims until Owner has discovered the claim, or could have discovered it by reasonable diligence. The award rendered by the arbitrator(s) shall be final and binding. A petition to confirm, vacate, modify or correct an award may be filed in any court of competent jurisdiction, but the award may be vacated, modified or corrected only as permitted by the FAA.

**13.4 Choice of Mediator and Arbitrator; Number of Arbitrators.**   Any mediation or arbitration shall be administered and conducted by a mediator or arbitrator(s) mutually agreeable to the parties. Three neutral arbitrators shall be appointed if the Dispute, or the aggregate amount of all Disputes against Owner, is for $1,000,000 or more, but only one arbitrator shall be appointed if the Dispute is for less than $1,000,000. If the Dispute or Disputes is to be decided by three arbitrators, then each party shall select a neutral arbitrator within fourteen (14) calendar days of the demand for arbitration is served and the two party-appointed arbitrators shall select a third neutral arbitrator within fourteen (14) calendar days after the two party-appointed arbitrators are selected. If Owner and Contractor cannot agree on the selection of an arbitrator, or if either Owner or Contractor does not appoint an arbitrator or the two party-appointed arbitrators do not select a third arbitrator within the specified time periods, then either Owner or Contractor may file an action with the appropriate court with proper venue and jurisdiction over the dispute to appoint an arbitrator. The AAA/ABA Code of Ethics for Arbitrators in Commercial Disputes (effective March 1, 2004) is applicable to all arbitrations. Any mediation or arbitration shall be conducted in the county where the Work is performed.

**13.5 Rules.**   To the extent not in conflict with the FAA, any mediation and arbitration shall be conducted in accordance with Construction Industry Arbitration Rules and Mediation Procedures of the American Arbitration Association ("AAA") and shall follow settled law in rendering a decision, except that any mediation or arbitration shall be administered by the mediator or the arbitrator(s) and not by the AAA.

**13.6 Consolidation and Joinder.**   Notwithstanding any provision in Section 13 to the contrary, Owner in its sole discretion may join Contractor in any litigation, mediation, or arbitration initiated by Owner, or against Owner by a third person, so that the rights of all parties (Owner, Contractor, subcontractor, or any third person) can be subject to resolution in a single forum in the same proceeding. Contractor shall be bound by any arbitration procedures and rules accepted by Owner. If multiple lawsuits or arbitrations are commenced, Owner in its sole discretion may consolidate them into a single proceeding. Notwithstanding any other provision of this Section 13, if Owner determines in its sole discretion that a subcontractor or material supplier of Contractor, or any other third party whose presence is required for a just adjudication of the Dispute, cannot be forced to mediate or arbitrate, Owner may elect unilaterally to waive mediation or arbitration and to litigate the Dispute in court with Contractor.

## 14. TERMINATION.

**14.1 Termination by Owner.**   This Agreement shall remain in full force and effect until terminated in writing by Owner by mailing notice to Contractor. Owner may terminate this Agreement at any time, whether or not Contractor is in default or breach of the Agreement. If the Agreement is terminated by Owner, notwithstanding any other agreement to the contrary, the sole amount due to Contractor shall be that due for all authorized Work performed and materials supplied before termination, subject to deductions and charges authorized by this Agreement.

**14.2 Termination by Contractor.**   Contractor shall provide one hundred twenty (120) days written notice to Owner before the effective date of any termination by Contractor, and shall perform fully under this Agreement during that notice period.

**14.3 Survival.**   All obligations, duties and warranties by Contractor under this Agreement shall survive termination of this Agreement.

**15. CONTRACTOR'S REPRESENTATIONS.**   Contractor represents to Owner that: (i) the person executing this Agreement on behalf of Contractor is duly authorized and has full power to execute and deliver this Agreement; (ii) all corporate, partnership, or other action requisite for the due execution of this Agreement has been duly and effectively taken or shall be taken before the execution and delivery of this Agreement; (iii) this Agreement is or will be (when executed) a binding obligations of Contractor, enforceable in accordance with its terms; (iv) this Agreement and Contractor's performance, does not and will not violate any provisions of Contractor's constituent or organizational documents, or any contract, agreement, or governmental requirement to which Contractor is subject, and the same do not require the consent or approval of any governmental authority; (v) Contractor has, and each Contractor's employees, agents or subcontractors shall have, the requisite skills, expertise, experience, licenses, and knowledge to perform the Work in compliance with this Agreement; (vi) Contractor is in compliance with all governmental requirements to which it is subject; and (vii) Contractor has the financial ability and resources to perform the Work and all other obligations, duties, and covenants of Contractor under this Agreement.

INITIALS: OWNER _____, CONTRACTOR _____ .

## 16. GENERAL CONTRACT PROVISIONS.

**16.1 Entire Agreement.** This Agreement shall be the entire agreement between Owner and Contractor related to the Work and shall be deemed to amend and supersede all prior Independent Contractor Agreements (other than any Master National Independent Contractor Agreement) or other prior understandings or written or oral agreements, specifically including but not limited to all prior pre-printed standard contractor/subcontractor agreements (including attached exhibits) entered into between Owner and Contractor for the provision of goods or services or both by Contractor relating to the subject matter herein. All current Pricing Schedules and Purchase Orders shall remain valid and binding for the Work and shall be deemed subject to the terms of this Agreement. Any future Pricing Schedules or Purchase Orders entered into hereafter shall also be deemed to be subject to the terms of this Agreement. Past and future Pricing Schedules and Purchase Orders shall control only for the purpose of establishing prices and quantities of sale only. Nothing in any subsequent agreement or document, unless a new Independent Contractor Agreement, shall alter the terms set forth in this Agreement. To the extent possible, this Agreement shall be deemed to supplement the terms of any other agreement or document, unless a new Independent Contractor Agreement. In the event of any conflict between this Agreement and other such documents, this Agreement shall be deemed to control and prevail. Except as otherwise provided in this Agreement, no amendment or supplement to this Agreement shall be valid or binding unless in writing and signed by both Owner and Contractor. Notwithstanding anything in this Subsection to the contrary, this Agreement shall not amend or supersede any Master National Independent Contractor Agreement, but shall supplement its terms. In the event of a conflict, to the extent permitted by law, the Master National Independent Contractor Agreement shall control.

**16.2 Severability.** The provisions of this Agreement shall be deemed independent and severable, and the invalidity or partial invalidity of any provision or portion of it shall not affect the validity or enforceability of any other provision or portion.

**16.3 Assignability.** Contractors' rights, responsibilities, and obligations under this Agreement are not assignable or transferable without the express written consent of Owner, which consent may be withheld in Owner's sole and absolute discretion. Any attempted assignment shall be null and void. This restriction includes, without limitation, the delegation or subcontracting of any Work or any amounts which may become due to Contractor as a result of the Work. Contractor shall remain fully liable under this Agreement regardless of any consent by Owner to any assignment or delegation of duties by Contractor, including but not limited to any work by a subcontractor. Contractor shall ensure that any subcontractor receives a copy of this Agreement and agrees in writing to be fully responsible for all obligations of Contractor under this Agreement, including but not limited to the insurance and indemnity provisions. Contractor shall also ensure that Owner is an intended third party beneficiary of any subcontractor agreement by including a specific provision to that effect. Contractor shall be responsible for enforcing any warranties given by its subcontractors, suppliers or manufacturers. Nothing contained herein, however, shall create any contractual relationship between Owner and any subcontractor, nor create any obligation on the part of Owner to make payment of any sums to any subcontractor. Subject to the restrictions and prohibitions on assignment set forth in this Subsection, the terms of this Agreement shall be binding on Owner, Contractor, and their respective successors, representatives, heirs and assigns. Owner may freely assign this Agreement, in whole or in part.

**16.4 Conflicts with Purchase Orders or Other Agreements.** If this Agreement conflicts with the terms of any Purchase Order or any other agreement or document pertaining to the Work, the terms of this Agreement shall control.

**16.5 Waiver.** No act or conduct other than a specific, written waiver of a right shall be deemed a waiver by Owner. No delay or failure by Owner to exercise any right under this Agreement, and no partial or single exercise of that right, will waive that or any other right except by written agreement executed by Owner.

**16.6 Choice of Law.** This Agreement shall be governed by the law of the State of South Carolina.

**17. CONFIDENTIALITY.** Contractor shall treat all information obtained by Contractor relating to the project to which the Work relates and all information and documents provided to Contractor by or on behalf of Owner as confidential and proprietary information of Owner, and shall not disclose or permit the release of any of that information to any third party. Immediately upon request by Owner, Contractor shall return any and all confidential material or proprietary property or documents to Owner.

**18. NOTICES.** All notices required or permitted pursuant to this Agreement or otherwise shall be in writing and shall be delivered as follows: to Contractor at Contractor's business address as shown on page one (1) of this Agreement; to Owner through Owner's official Registered Agent for service of legal process in the state where the Work is performed at that Registered Agent's registered office. Notices may be given by personal delivery, facsimile, commercial overnight delivery service, personal delivery or ordinary mail and shall be deemed to be received three (3) business days after deposit, postage prepaid, in the U.S. Mail when sent registered or certified mail, return receipt requested, the following day if sent timely by commercial overnight delivery service, and upon confirmation if sent by facsimile transmission or by personal delivery. Rejection, refusal to accept or the inability to deliver because of changed address shall be deemed to be receipt of the notice as of the date of such rejection, refusal or inability to deliver.

**19. MISCELLANEOUS.** Unless the context requires a contrary construction, the singular shall include the plural, and the plural the singular. Any reference to gender shall include the masculine, feminine, and neuter. All captions and titles used in this Agreement are intended solely for convenience of reference and shall not enlarge, limit, or otherwise affect that which is set forth in any of its paragraphs, sections or subsections.

**SOUTH CAROLINA VERSION (REV. 22 JUNE 2015)**

INITIALS: OWNER _____, CONTRACTOR _____.

# D·R·HORTON

# Exhibit "B"
## General Scope and Supplemental General Conditions

1.  This document defines both D. R. Horton and subcontractor responsibilities in the stated phase of construction. It is intended as a checklist that will define the D. R. Horton standard of quality and professionalism. The subcontractor's work will not be considered complete until all specifications herein contained are fully met.

2.  The work in this bid and agreement shall be installed per plans, specifications and all applicable local, state, and federal codes. All work will be inspected and certified as complete by the subcontractor and P. O. signed, prior to submitting to the superintendent for his/her approval. Payment release does not constitute final acceptance from D.R. Horton.

3.  The work shall be performed to D. R. Horton's standards of quality. If any part of the work is found to be incorrect or causes damage to other work, the subcontractor will be responsible for all costs to repair, whether prior to or after payment release.

4.  All trash, debris, and scraps shall be removed on a daily basis and deposited in a designated area per job superintendent and the home is to be broom swept *daily*.

5.  All good materials left on the job site shall be maintained in neat order and in a location that does not hamper another subcontractor's ability to perform his/her work. The DHI builder will designate the location. The home shall be swept *daily, and upon completion of work*. Also, upon completion of work, a representative of D. R. Horton will walk the job. If it is found to be unorganized and dirty, D.R. Horton will have the house cleaned and swept and the subcontractor will receive a $75.00 minimum charge.

6.  It is understood and agreed that the subcontractor shall adhere to the onSchedule scheduling program. The dates indicated are only intended to give the subcontractor a general idea of the approximate start date. All DHI builders will have current schedules. All work must be confirmed with the DHI builder prior to start. The vendor is to utilize the onSchedule program in addition to the communication with the builder.

7.  All work shall be performed in a safe and professional manner. It is the subcontractor's responsibility to comply with all OSHA requirements. The builder will enforce the Exhibit "F" Safety Violations. Removal of safety rails will result in a $300.00 fine. In addition, contractor will be responsible for all costs incurred from missing rail parts. All workers must wear hard hats on all job sites at all times.

8.  The subcontractor shall respect the work of the other crafts at all times and take necessary precautions in order to avoid damaging such work. If the subcontractor damages such work, repairs shall be made at the subcontractor's expense.

9.  Any and all damages or defective workmanship must be reported to the superintendent. If a

Initials:  (General) Contractor _JD_

DHI _BHy_

**D·R·HORTON®**

subcontractor is found to have covered or hidden damages or defective workmanship, then that subcontractor will incur all repair cost.

10.    It is the responsibility of all subcontractors to obtain current product and work specification sheets that are applicable to each and every, all and singular, series, model or plan which D. R. Horton builds. This specification sheet will provide the subcontractor with special conditions, types, brands, methods, colors and manufacturers that are the express responsibility of each and every subcontractor.

12.    Subcontractors are not permitted to eat or smoke in a D. R. Horton home. No drinking alcoholic beverages allowed on any D. R. Horton job site. No uncovered shoes are permitted in a carpeted home.

13.    No work should be considered complete until all errors are corrected and all applicable inspections have been passed.

14.    All punch out list generated by the D. R. Horton superintendent will be complete before payment will be made. The subcontractor understands that the deliveries are sometimes delayed and that D. R. Horton has little control over material delivery. In the event delivery delays slow down work, the subcontractor will not be due payment of the job until the job is complete and punched out.

15.    Subcontractors are responsible for reimbursing D.R. Horton the cost of municipal re-inspection fees directly related to their work.  At a minimal fee of $75.00.

16.    Any and all payment amounts for work performed will be agreed upon prior to the commencement of said job. A D. R. Horton representative will approve any extra amounts deemed necessary for the completion of a job in writing. Written approval must be submitted with billing for payment.

17.    In the event a worker is injured on a job site, please follow these steps:

    A.    Verify the injury.
    B.    Contact the office so that we may document the incident.
    C.    The superintendent should fill out an "Accident Report" and return to the office within 48 hours.

18.    D. R. Horton strictly forbids the subletting of work by any subcontractor. D. R. Horton will terminate any subcontractor found to be subletting work and D. R. Horton has no responsibility of payment to anyone whom has sublet from the subcontractor. This agreement is between D. R. Horton and the listed subcontractor only.

19.    Payment is not due until the subcontractor has completed all punch lists to D.R. Horton, Inc.'s expectations.  Do not turn in purchase orders for a house that is not punched out and *verified* by a D.R. Horton, Inc. representative.

20.    No extras will be paid for without written approval from D. R. Horton management. Written

Initials:  (General) Contractor ___JD___
             DHI ___BH___

# D·R·HORTON®

approval must be submitted with billing for payment.

21. Subcontractor shall comply with all insurance requirements including the subcontractor agreement before setting foot on any D. R. Horton site, if insurance lapses contractor will be required to leave the site until they are in full compliance. If insurance cannot be reinstated they will be terminated.

22. Subcontractor to warranty all work from date of closing for workmanship and materials where applicable. Any accounts payable status, monies owed, or current non-affiliation shall supersede this warranty with D.R. Horton. Subcontractor hereby agrees to repair, replace, or pay the expense of repair/replacement as determined by D.R. Horton. The cost of repair/replacement shall include any and all collateral remediation.

23. Subcontractor will respond within 48 hours to all service requests from D.R. Horton personnel. Subcontractor failing to meet and start work on the scheduled date as arranged with customer will result in a backcharge of $200 everyday until work is complete unless the Subcontractor has rescheduled the appointment with the customer **in advance** and notified the D.R. Horton Customer Service representative **in advance** also.

24. Any re-inspections or engineering fees as a result of poor workmanship are to be paid by the subcontractor via a back charge format.

25. All materials shall be installed per local, state, and federal codes. Installation of all products shall follow manufacturers' instructions. Any discrepancies between D.R. Horton's requirements and code/manufacturers' should be reported to D.R. Horton Construction or Operations Department in writing.

26. No invoices over 90 days from the date work was completed will be paid.

27. Invoices should be turned in promptly, as soon as the work is completed and approved. If a PO for extra work has not been received within 10 working days from date of work, subcontractor must submit an invoice to DRHI Accounting Department and strict adherence to their invoicing guidelines is required.

28. Subcontractor shall provide qualified English speaking supervision on all job sites to monitor work. This person shall be competent and able to make decisions on behalf of the subcontractor's company.

29. Subcontractors shall not discuss pricing or any agreements w/D.R. Horton with any other subcontractors. Violation of this policy will result in termination of subcontractor.

30. Subcontractor shall supply an OSHA compliant safety plan to D.R. Horton prior to starting work. It is the responsibility of the subcontractor to maintain the safety plan and update D.R. Horton with all revisions. Upon request, subcontractor shall supply D.R. Horton with MSDS sheets.

31. Subcontractor is responsible for re-installing the cap on all permanent roof anchors upon completion of work if applicable. Notify the superintendent if cap is missing prior to starting

Initials: (General) Contractor _JD_
DHI _BH_

Revised Date: 10/8/2014

Page 3 of 7

# D·R·HORTON®

work. In the event a roof anchor is not provided, it is the responsibility of the subcontractor to provide OSHA compliant roof anchor.

32. Close all windows and doors at the end of each day of work. All doors shall be locked.

33. Provide a 24 hr emergency warranty phone number and contact. Any phone number or contact information changes must be reported to DHI Warranty Department immediately.

Contact: Hans Dreisbach
Phone#: 864-303-7722

34. Subcontractor shall provide temporary power via a generator if temp power has not been established on the jobsite at no charge to DR Horton. Also, if a specific trade requires heat to properly complete his contracted task then the subcontractor will provide this at no cost to DR Horton. An EPO will not be issued for these items.

35. Subcontractor shall have and maintain Nextel direct connect phones for all supervisors who have direct contact with the field personnel and for the person(s) in charge of scheduling D.R. Horton jobs and to provide theses numbers to D.R. Horton.

36. Subcontractor shall have Internet connectivity (broadband is recommended) with the ability to download schedules from the Internet as required by D.R. Horton. Also, Subcontractor is responsible for having a working email address for correspondence, which is monitored on a daily basis and to provide D.R. Horton with this address.

## SUPPLEMENTAL GENERAL CONDITIONS

### A. General Conditions

A1. It is the responsibility of the Subcontractor to maintain current copies of all licenses and certificates of competency. If necessary copies of these documents are to be provided to DHI before commencement of the work.

A2. It is the responsibility of the Subcontractor to hold all required insurance and provide certificates of insurance to DHI before commencement of the work. DHI shall be named as Additional insured. Minimum notice of cancellation to be thirty (30) days.

A3. Prior to excavation or digging, the Subcontractor is to verify that there is no conflict with location of underground utilities, telephone, cable, electric, sewer, water, landscape, etc. Subcontractor is responsible for having all existing underground utilities located prior to excavation or digging.

Initials:   (General) Contractor _____
        DHI _____

# D·R·HORTON

**A4.** It is the obligation of each Subcontractor to protect and respect the material or work of all other Subcontractors preceding him.

**A5.** Curbs, walks, drives and streets must be inspected prior to work. Any damage must be reported to DHI. Damage found later will be charged to the Subcontractor responsible for the damage.

**A8.** There is no parking on finish grade lots, wet rough graded lots, driveways or sidewalks. Access to the house will be designated by a DHI representative. Violators can be subject to a fine. Vehicles are to be parked on one side of the street, leaving access to each construction site for deliveries. When ever possible do not park in front of occupied units or mail boxes.

**A9.** Anyone found placing tools or materials on counter tops, vanity tops or finished floors, or removing protective floor or bath tub covering at any time during construction can be subject to a fine.

**A10.** No one shall use abusive or foul language, play loud music, or bring children or pets on any job site. Courtesy should be shown to all customers and potential customers.

**A11.** No one shall use any utilities except ones specifically provided to them by DHI. Current homeowners' utilities should never be used.

**A12.** All Subcontractors and Suppliers shall use the site portable toilets exclusively.

**A13.** Under no circumstances shall food be eaten or smoking be permitted in any home after drywall.

**A14.** No one shall wear shoes in the home after carpet has been installed.

**A15.** Once the doors or windows have been installed, it is the responsibility of each Subcontractors to close them during inclement weather in an effort to minimize damage to the home.

## B. Inspection of Work and Quality Workmanship

**B1.** Subcontractor is responsible for the finished quality of his work. If Subcontractor proceeds to install his work over substandard work by others, it then becomes the responsibility of the Subcontractor to correct the work upon DHI's request.

**B2.** It is the responsibility of each Subcontractor to properly inspect their own work for quality and completion. All construction punch list items shall be completed within 48 hours of receiving notification.

**B3.** It is the responsibility of the Subcontractor to inspect the project prior to beginning his work. If any problems or differences from the plans exist he should notify DHI so that these items are corrected. Subcontractor will be responsible for any known deficiencies which are covered over.

Initials: (General) Contractor JD
DHI BH

Revised Date: 10/8/2014

Page 5 of 7

**D·R·HORTON**

## C. Schedules

**C1.** Each Subcontractor and supplier should be aware that the schedule is part of his contract. DHI expects each Subcontractor to have the necessary personnel available to meet the schedule and the make up weather delay. The Subcontractor and supplier are to perform or deliver per DHI schedule at least five (5) days per week. Without prior approval, no work should be performed in the community after 8:00 pm.

**C2.** It is the Subcontractors responsibility to verify that the correct material, color, options, elevations and garage hands are being used.

## D. Materials/Suppliers

**D1.** Subcontractor or supplier will not be paid until all shipments relating to a specific activity are verified to meet contracted amounts.

**D2.** All deliveries will be placed in a designated area and checked in by a DHI representative. Suppliers are responsible to unload their own materials. Shipments are to be checked in and signed for by a DHI representative. If the DHI builder is out of the subdivision at the time of delivery, the ticket should be left in the project office mailbox and the shipment should be checked within 24 hours.

**D3.** It is each Subcontractor's obligation to check each job to see that the necessary materials to perform his work are on the job site. Subcontractor is responsible to carry an adequate supply of material to eliminate any delay in completion and scheduling.

**D4.** Suppliers are responsible to furnish material for touch-up work on all materials furnished to DHI. Replacement parts must be kept in stock for delivery within two (2) days of placing the order.

**D5.** Supplier is to furnish samples to sales offices, as required.

Initials: (General) Contractor _JD_

DHI _BHTV_

# D·R·HORTON®

## ACKNOWLEDGMENT

These are part of the contract identified above. DR Horton reserves the right to modify or amend any of the above general specifications at any time, and will notify the contractor as soon as any change is initiated.

Contractor: Get Floored LLC

COMPANY NAME

By: John (Hans) Dreisbach                Title: Owner

AUTHORIZED OFFICER'S SIGNATURE

Print Name: John (Hans) Dreisbach

Date: 5-12-16

Builder:
DR Horton Inc.
100 Verdae Blvd. Suite 401
Greenville, South Carolina 29607

By: Ben Hamel                Title: Purchasing Manager

Date: 6/25/2016

Initials: (General) Contractor JD

DHI BH

# D·R·HORTON®

## Exhibit "C"
## Community Guidelines

**It is D.R. Horton's objective to maintain professionalism at all times. The image of every D.R. Horton employee and subcontractor must demonstrate the most professional and productive services in the building industry. Whether or not your job responsibilities' place you in direct customer contact; you represent D.R. Horton with your appearance as well as your actions. Inappropriate language and behavior will not be tolerated on the jobsite.**

### The below list are minimal Guide Lines that must be adhered to:

**DRESS CODE:** Shirts must be worn at all times. Hard hats, Personal safety equipment (mandated by job) need to be on at all times.

**OSHA GUIDELINES WILL BE FOLLOWED AT ALL TIMES.**

**NO SMOKING, FOOD, OR DRINKS ALLOWED IN HOUSES.**

**NO SHOES ON CARPET OR HARDWOODS.**

**NO TRESPASSING ON RESIDENTS PROPERTY. DO NOT USE RESIDENT UTILITIES** (water and power).

**NO DRINKING OF ALCOHOLIC BEVERAGES ON JOB SITE.**

**NO LOUD MUSIC**

**NO PETS OR CHILDREN ON JOB SITE.**

**NO PARKING OFF THE STREETS OR ON DRIVEWAYS. All vehicles are to follow the parking guide lines or sub-division. On one side of street only is minimal requirement-personal vehicle may need to park elsewhere.**

**FIELD SUPERVISION:** Subcontractor shall have competent English-speaking foreman on the job at all times during the construction process.

**Working hours:** Monday through Saturday from 7 a.m. to 7 p.m. All work after 7 p.m. on Sunday, or on major holidays must have prior approval from the builder. NO EXCEPTIONS.

**Job Site Appearance:** Pick up all debris and sweep houses on a daily basis. Dispose of all trash and debris in designated trash bins. THIS IS A JOINT EFFORT TO KEEP A CLEAN COMMUNITY.

**WALKBOARDS ARE FOR THE CUSTOMERS AND CONTRACTORS TO ACCESS THE HOUSE.** If walk boards need to be moved for deliveries RETURN THEM TO THE ORIGINAL POSITION.

Initials: Contractor _JD_ (Community Guidelines Exhibit "C"

DHI _BH_

Revised Date: 3/13/2013

Page 1 of 2

# D·R·HORTON®

**RESPECT THE SILT FENCE:** Contact the builder if silt fence needs to be removed to complete your job. Unnecessary removal will result in a back charge to the Subcontractor for the silt fence replacement including the fine of $150.

**NO CONSTRUCTION DEBRIS IN TUBS**

**LOCK ALL WINDOWS AND DOORS AS YOU LEAVE THE HOUSE. (Check with builder prior to locking the house).** HOUSE TO REMAIN OPEN 8-5 FOR BUILDING INSPECTORS.

**EACH SUBCONTRACTOR IS RESPONSIBLE FOR THE MUD THEY PULL INTO THE STREETS.** (Delivery trucks and grading equipment need to shovel any mud from the streets).

**Concrete wash out:** wash out concrete trucks in designated areas. The concrete Subcontractor is responsible for all over pours and making sure the concrete trucks are washing out in designated areas.

All deliveries are to be stacked neatly.

Remove all concrete materials from the jobsite when concrete is finished. (Form boards and overspill, etc.)

**Do not adjust heat or A/C 75 summer/ 60 winter.**

Do not turn water on in houses. Contact the builder if water is needed to complete your job.

**VIOLATION OF THE ABOVE RULES WILL RESULT IN FINES OF $150 PER INFRACTION AND A BACK CHARGE.**

COMPANY:_____Get Floored LLC_____
Representative(print)____John Hans Dreisbach____
Signature_____

Please sign and keep a copy for your records and return to D.R. Horton with next batch of invoices. These Guide Lines will take effect February 15, 2006.

Initials: Contractor____JD____ (Community Guidelines Exhibit "C")

DHI____BH____

Revised Date: 3/13/2013

Page - 2 - of 2

**SCHEDULE "D"**
**PERFORMANCE REQUIRMENTS AND SPECIFICATIONS**

**DESCRIPTION:**        **QUALITY CARE DEPARTMENT**

**ACTIVITY NUMBERS:**    **APPLICABLE TO ALL ACTIVITIES**

D.R. Horton (DRH) commitment to customer satisfaction is a priority and must be maintained. The following items are to be considered material items within The Standard Form Contract and are to be complied with and are in addition to any other references to customer service. All policies, which follow, shall be binding on the contractor. Failure to comply shall be considered a material breach of contract terms.

## PERFORMANCE REQUIRMENTS

**NOTIFICATION**
(a) Notification of the need for warranty work shall be either written or verbal from DRH and shall be at the sole discretion of DRH's designated representative. All non-emergency warranty work shall be responded to within five (5) business days of notification and shall be completed with five (5) business days after commencement of warranty work. All emergency requests are to be handled immediately. Failure tom comply within these designated time frames will give rise to contracting with a different contractor and back charges for any and all related costs with an additional 20% administration fee.
(b) Contractor shall supply (below) a designated phone number and contact person for warranty service work. Contractor's agent or owner shall supply his or her name and phone number in addition as a backup.
(c) Contractor must maintain adequate staffing levels to provide timely service while meeting all production schedules.

**RESPONSE**
(a) Contractors are to conduct assigned activities with all necessary tools, equipment, and materials in order to complete the work. If a second trip is required in order to complete the work, the contractor is to communicate this to the purchaser and to make the proper arrangements, and to communicate this information back to DRH designated representative.
(b) Response time for emergency items shall not exceed two (2) hours. DRH's designated representative shall have the final decision as to classification of emergencies. All contractors for Roofing, HVAC, Electrical, or Plumbing work shall employ an answering service on a 24-hour per day, 356-day per year basis. This phone service shall be capable of an immediate response, and return calls should be made within 30 minutes of initial notification. Failure to comply within these designated time frames will give rise to contracting with other forces at DRH's discretion and will result in back charges for any and all related costs with an additional 20% administration fee.
(c) If a customer is not home, the Contractor will leave a "We stopped by", door tag. A copy shall be turned into the responsible service manager. Sufficient tags must be in the Contractor's possession at the times.

**GENERAL**
(a) Contractor shall make all employees aware that any statements made to homeowners or others, of a negative nature regarding but not confined to DRH's product;-or any derogatory action or behavior within the Project including but not limited to within a residence any subject the Contractor to disciplinary action, reciprocity or termination. DRH's decision regarding the context of Contractor's statements and behavior shall be final and binding.
(b) Contractor shall be solely responsible for any damage done to personal property or residence. DRH decision as to the extent of liability in these matters shall be final and binding.
(c) **Contractor's representatives are to be groomed and clothed in a non-offensive manner. A professional, appearance is required.**
(d) **Contractor shall only enter a residence for warranty service with appropriate clean footwear or clean pullover boots, or boot/shoe covers.**
(e) Contractor is responsible for repair clean up on a daily basis. Contractor must use drop cloths where appropriate and take every precaution to protect the personal property of the resident. Residences must be left in an as clean or cleaner condition than when found.

(f) Any accidents, secondary damages, or other repairs acquired as a result of this work are to be reported to DRH representative.

(g) **Contractor is responsible for obtaining the signature of acceptance from the homeowner, and the signed ticket is to include the name of the technician responsible for the repairs. After completion of the work sheet, the contractor shall mail or deliver the signed worksheet to the attention of the customer service representative; or hand delivers the same to the community customer service manager.**

(f) Contractor will provide DRH service staff with any necessary materials to complete warranty work at no cost to D.R. Horton.

## FAILURE TO PERFORM

(a) Failure of Contractor to appear for a scheduled appointment with homeowner may give rise to a $50 back charge.

(b) Failure of Contractor to appear for a scheduled appointment with homeowner will require contractor to perform said service on Saturday per homeowner schedule.

(c) If service work is not complete within the time frames provided herein, DRH reserves the right to take the necessary steps to complete the service work and back charge contractor for all costs incurred.

(d) All remedies under the Base Contract for contractor's failure to perform shall remain in force and be fully applicable to any failure to perform Warranty Work. DRH's designated representatives shall maintain a log book of any deficiencies. Failure to comply with any item provided in this SCHEDULE "C" would be considered a material breach and default of the Contract.

**CONTRACTOR'S SERVICE PHONE NUMBER:** 864-303-7722

**24 –HOUR EMERGENCY PHONE NUMBER:** _____

**AGENT OR OWNER NAME:** Hans Dressbach

**AGENT OR OWNER PHONE:** 864-303-7722

## ACKNOWLEDGMENT

These specifications are a part of Subcontractor Agreement. D.R. Horton reserves the right to modify or amend any of the above general specifications at any time, and will notify the contractor as soon as any change is initiated.

Contractor      (Print Name)

Get Floored LLC, Hans Dreisbach

By: _____

Date: 5/26/16

Builder

D.R. Horton
100 Verdae Blvd. Suite 401
Greenville, South Carolina 29607

By: Ben Hand

Date: 5/25/2016

# D·R·HORTON®

# Exhibit "E"
# Safety

## SAFETY PROCEDURES AND PROJECT SITE
## RULES AND REGULATIONS

The following policies have been instituted and shall be binding on Subcontractors in orders to permit Contractor to properly safeguard the Project Site and maintain control over the physical premises, with a view toward eliminating theft, vandalism, avoiding unnecessary Project Site injuries caused by accidents, and alleviating the likelihood of work slow downs, stoppages and products delays resulting from disruptions. Such procedures, rules and regulations are as follows:

1. **Safety Precautions.** Subcontractor shall take all reasonable safety precautions with respect to the performance of the Work, shall comply with all safety measures initiated by Contractor and shall comply with all applicable laws, ordinances, rules, regulations, standards and orders with respect to the safety of persons or property, including without limitation all applicable laws, ordinances, rules, regulations and orders of the Occupational Safety and Health Act, U.S.C. section 651 et seq. ("OSHA" or any other applicable public authority (collectively, "Safety Rules").

(a) Subcontractors shall protect the materials and the work from deterioration and damage during construction and shall store and secure flammable material from fire, remove oily rags, waste and refuse from buildings at the end of each work day.

(b) Subcontractors shall maintain all temporary walkways, roadways, trench covers, barricades, colored lights, danger signals and other devices necessary to provide for safety in traffic.

(c) Subcontractors shall immediately notify Contractor of any accident, death, traumatic injury or occupational disease occurring on the Project Site and a senior executive of Subcontractor shall visit the Project Site within 24 hours of such an events to review what occurred and to plan steps to prevent further deterioration of safety performance. Subcontractor shall make a complete written report to Contractor of any accident, death, traumatic injury or occupational disease occurring on the Project Site or of any damage to any person, property, materials, supplies or equipment incident to the Work within three (3) days of the date of such injury, or damage, including without limitation, any injury which may result in an employee of Subcontractor being unable or unfit to work for any period of time.

(d) Subcontractor recognizes that Contractor has the right (but not the obligation) to ascertain whether or not the personnel and equipment of Subcontractor are in compliance with the requirements of OSHA or other Safety Rules. This right is applicable even when direct employees of Contractor are not involved. Contractor's project builder shall have right to examine any equipment brought to the job by Subcontractor and to inform Subcontractor of any requirement that Subcontractor's employees and agents wear protective equipment or otherwise observe good safety practice. In the event Contractor becomes aware of any violation of the Safety Rules by Subcontractor or any employee or agent of Subcontractor, Contractor (or its job builder or Project builder) shall have the right to provide Subcontractor with a verbal, written or faxed notice (the "Safety Notice") of such failure to comply with the Safety Rules. Such Safety Notice shall be sent by Contractor to Subcontractor at the address given on the first paragraph of this Subcontract and to Subcontractor's field representative and Safety Notice will apprise Subcontractor of a failure to adhere to the Safety Rules. If Subcontractor fails to rectify the applicable violation(s) of the Safety Rules immediately of receipt of the Safety Notice, Subcontractor shall be deemed to be in default under this subcontract pursuant to Paragraph 2.

(e) Subcontractor also recognizes the obligation of its employees, agents, and visitors to comply with common sense and other general safety standards in connection with the Work.

Initials: Contractor _____

DHI _____

Revised Date: 10/8/2014

Page 1 of 6

# D·R·HORTON®

(f)      Subcontractor shall conduct daily inspections by competent person to determine that safe working conditions and equipment exist and accepts sole responsibility for providing a safe place to work for its employees and for employees of its sub-subcontractors and suppliers of material and equipment, for adequacy of and required use of all safety equipment and for full compliance with the Safety Rules.

(g)      Contractor has caused to be installed certain roof anchors on the homes in accordance with the specifications provided by the manufacturer or supplier of such anchors. Prior using or allowing any of its employees, or other under its supervision or control, to use or in any way connect to such anchors, Subcontractor shall have its own "competent person" (as that term is legally defined in applicable statutes) inspect the anchors and independently determine for and on behalf of Subcontractor and all its employees, or others under its supervision or control, that the anchors have been installed in a manner acceptable to such competent person and applicable law. At all times, Subcontractor shall be and remain responsible for the safety and security of its employees, others under its supervision or control, and the use of the anchors shall in no way limit or diminish Subcontractor's liability and responsibility as otherwise set forth in this Subcontract Agreement.

(h)      With the exception of this Exhibit E, Paragraph 1 shall in no event be construed to require indemnification by Subcontractor to a greater extent than permitted under the public policy of the State of North Carolina. Subcontractor shall indemnify and save harmless Owner and contractor, including their officers, agents, employees, affiliates, parents and subsidiaries, and each of them, of and from any and all Claims arising out of or in connection with Subcontractor's operations performed under this Subcontractor which constitute a violation or infraction by Subcontractor of any Safety Rule or other safety requirement described in Paragraph 1 subcategory (c).

2.      Compliance with Environmental, Health and Safety Standards.

(a)      Compliance with Hazardous Substances Laws. Subcontractor shall not, in connection with this Subcontract or the Work, use, posses, handle, transport, emit, release or discharge any chemical, material or substance except as permitted by, and in strict compliance with, all applicable Laws, including, without limitation, the Comprehensive Environmental Compensation and Liability Act of 1980, as amended, 42 U.S.C. Section 9601 et seq.; the Hazardous Materials Transportation Act, as amended, 49 U.S.C. Section 1801 et seq.; the Resource Conservation and Recovery Act, as amended, 42 U.S.C Section 6901 et seq.; the Federal Water Pollution Control Act, as amended, 33 U.S.C. Section 1251 et seq.; the Occupational Safety and Health Act, 29 U.S.C. Section 651 et seq.; (referred to hereafter individually as "Hazardous Substance Law" and collectively as "Hazardous Substances Laws")

(b)      Warnings. Subcontractor shall, at his sole expense, provide any and all notices and warnings required under all Hazardous Substances Laws with respect to any chemicals and materials or substances which Subcontractor, and its employees and agents, use, possess, handle, transport, emit, release, or discharge in connection with this Subcontract or the prosecution of any and all contract or non-contract work relating to the Project, including, without limitation, the Work.

(c)      Labeling: MSDS Requirements. Contractor and all of its affiliated and subsidiary companies are firmly committed to providing employees with information about any hazardous work environment. As a matter of Contractor's company policy to provide its employees with information about hazardous chemicals on any Project Site through container labeling and Material Safety Data Sheets (MSDS), Subcontractor shall be obligated to compile a list of all hazardous chemicals that will be used on the Project Site by reviewing container labels and MSDS sheets. The list must be updated bi-annually and shall be provided to Contractor's builder at the Project Site with a copy to the main office of Contractor. Each container of materials deemed hazardous under the Hazardous Substances Laws which is used by Subcontractor on the Project Site shall, in addition to being properly labeled under applicable Hazardous Substances Laws, at a minimum list the contents of the container, appropriate hazard warnings and the name and address of the manufacturer, importer,

Initials:  Contractor ⟋⟍⟍
           DHI ⟋⟍⟍

**D·R·HORTON®**

or other responsible parties to the extent not already required under the Hazardous Substances Laws. In addition, Subcontractor shall label all secondary containers in compliance with applicable Hazardous Substances Laws, but, at a minimum, shall label such containers with either an extra copy of the manufacturer's label, or the signed or generic label that lists the container's contents and appropriate hazard warnings. Training of Subcontractor's employees on hazardous chemicals in their work area is solely the responsibility of Subcontractor. It is Subcontractor's sole responsibility to inform its employees about hazards to which they may be exposed and the appropriate protective and safety measures they should take. To ensure that the employees of other contractors have access to information on the hazardous chemicals at Project Site, it is the sole responsibly of Subcontractor to provide to the other subcontractors on the Project Site information regarding where the MSDS sheets are available, the name and location of the hazardous chemicals to which their employees may be exposed and any appropriate protective measures required to minimize their exposure and an explanation of the labeling system used at the Project Site.

(d)    Subcontractor shall make MSDS sheets readily accessible to employees at the Project Site.

(e)    Subcontractor warrants that it will immediately notify its employees and Contractor of any serious concealed danger and take immediate, effective action to abate any serious concealed danger of which it is or reasonably should be aware.

3.    Clean-Up. Subcontractor shall at all times keep the areas of the Project Site free from the accumulation of waste materials, unsafe materials, or rubbish arising out of the Work, including daily cleanup of all waste and trash generated by Subcontractor during the course of performing the Work. At the end of each work day, Subcontractor shall pile such waste and trash in locations designated by Contractor. Subcontractor shall be obligated to dispose of any material so piled which cannot be disposed of by Contractor in Contractor's ordinary and customary manner. In addition, Subcontractor agrees to remove all trash and waste generated by the Work from the interior of each housing unit on the Project Site in which Subcontractor is performing any part of the Work after completion of the applicable phase of the Work and further agrees to remove all excess materials from each such unit upon completion. Upon completion of the Work, Subcontractor shall remove all of its plans, tools, materials, and other articles from the Project Site and any units therein and shall remove from the site all hazardous materials, temporary structures, debris and waste incident to Subcontractor's operation and clean all surfaces, fixtures, equipment, etc., relative to the performance of this Subcontract. Any such cleanup shall be accomplished in adherence with applicable Hazardous Substances Laws. Any hazardous waste required to be disposed of by Subcontractor will be the property of Subcontractor and Subcontractor hereby accepts liability for any and all costs associated with the handling, transportation and disposal of such waste, including, without limitation, costs associated with remediation of any sites to which the waste was sent. Contractor may thereafter, at its option and without waiver of such other rights as it may have, upon ten (10) days written or oral notice, treat all such articles as abandoned property. Subcontractor acknowledges that the failure to perform such waste and trash removal obligations as set forth in this Exhibit E, Paragraph 3 shall cause Contractor to incur damages and the parties hereto agree that Contractor shall have the right to back charge Subcontractor at a rate of thirty-five dollars ($300.00) per hour for any cleanup not properly completed by Subcontractor.

4.    Operation of Vehicles. Subject to the insurance requirements of Paragraph 11 of the Subcontract, Subcontractor agrees that the operation of vehicles in or about the Project Site by Subcontractor or the employees or agents of Subcontractor (including material delivery vehicles operated by material suppliers of Subcontractor) shall be as follows: (s) using only the designated entries to enter the Project Site, (b) using only established roadways and temporary roadways as authorized by Contractor, (c) no crossing of curbs or sidewalks without prior approval by Contractor and (d) observing a speed limit of 14 miles per hour within the entire

Initials:  Contractor _JD_
DHI _BH_

# D·R·HORTON®

Project Site. In the event the vehicles of Subcontractor, Subcontractor's employees or agents, or Subcontractor's materials suppliers cause damage to curbs, sidewalks, landscaping or concrete surfaces within the Project Site or cause any other damage to the Project Site, Contractor may effect the repair of such damage and Subcontractor shall be obligated to immediately reimburse Contractor for all actual expenses incurred by Contractor thereby.

5.      Parking of Vehicles. It shall be the responsibility of Subcontractor (a) to control the traffic generated by its employees on the Project Site under the direction of Contractor's project superintendent; (b) to enforce restrictions against parking on roads within the Project Site; and (c) to provide necessary parking areas for all workers in suitable locations as approved by Contractor. In the event Contractor has to tow vehicles owned by Subcontractor, its agents or employees to maintain ingress and egress to the Project Site, all such towing charges will be back charged to Subcontractor. Neither Subcontractor nor Subcontractor's agents, employees or material suppliers shall be permitted to park vehicles in driveways, garages or carports of the housing unit (whether completed or being fulfilled) within the Project Site nor shall such vehicles be parked upon sidewalks located within the Project Site. If no parking plan is made known all vehicles should park on one side of street so as to not block access by emergency vehicles. In the event Subcontractor, its agents or employees or its material suppliers do park vehicles in such restricted areas, Contractor shall have the right to fine or back charge Subcontractor per Schedule C "Supplemental General Conditions", Paragraph 13 and Contractor shall have the right to be reimbursed for any damages resulting in such driveways, garages, carports or sidewalks in cash or in the form of back charges.

6.      Toilet Facilities. Contractor agrees to provide portable toilet facilities within the Project for the use of Subcontractor's agents and employees. Subcontractor and its employees and agents are not permitted to use toilet facilities or bathrooms of any housing unit (completed or being constructed) within the Project Site. In the event that Subcontractor or Subcontractor's agents or employees actually use the toilets or bathrooms of such housing units, Contractor shall have the right to fine or back charge Subcontractor $150.00 per occurrence.

7.      Unacceptable Behavior. Unruly behavior, the drinking of alcoholic beverages, use of illegal drugs, and/or the playing of loud music by Subcontractor or its employees or agents shall not be permitted within the Project. In the event that Subcontractor or Subcontractor's agents or employees engage in such activities, Contractor shall have the right to fine or back charge Subcontractor per Schedule C "Supplemental General Conditions" Paragraph 13. Contractor shall also have the right to request that the offending party leave the Project Site immediately and Subcontractor agrees to abide by such request. Contractor may require Subcontractor to remove from the Project Site such employees as Contractor deems incompetent, careless, insubordinate or otherwise objectionable, or whose continued employment in connection with the Work is deemed by Contractor to be contrary to Contractor's best interests or the public interest.

8.      Food and Beverages. Neither Subcontractor nor Subcontractor's employees or agents shall be permitted to eat food or drink beverages within a completed housing unit. Subcontractor and Subcontractor's agents and employees shall be responsible for cleanup of trash generated by any eating and drinking within the Project Site, in the manner described above.

9.      Counter-Tops. Subcontractor acknowledges that none of the finished counter-tops contained within or to be contained within each housing unit in the Project Site shall be used by Subcontractor or its employees or agents for the placement of tools or use as a work surface. The placing of tools or using of such counter-tops as a work surface by Subcontractor or its agents or employees shall give Contractor the right to fine or back charge Subcontractor per Schedule C "Supplemental General Conditions", Paragraph 13 in addition to any costs incurred to repair or replace any damaged counter-tops.

Initials: Contractor

DHI

# D·R·HORTON®

10. **Pets.** Subcontractor agrees that no pets (other than seeing–eye dogs) shall be brought to the Project Site by Subcontractor or its agents or employees. In the event any such pets are permitted within the Project Site by Subcontractor or its agents or employees, Contractor shall have the right to fine or back charge Subcontractor per Schedule C "Supplemental General Conditions", Paragraph 13.

11. **Subcontractor Warranties and Representations Regarding Injury and Illness Prevention Program and other Safety Programs.** Contractor and all of its parents, affiliated and subsidiary companies are firmly committed to compliance with all requirements of OSHA, and all other Safety Rules and requires all subcontractors to commit to a goal of a safe workplace and zero accidents on the Project. Accordingly, Subcontractor represents and warrants that:

(i)     Subcontractor has read, understands and will comply with Contractor's Safety Instructions;

(ii)     Subcontractor has appointed a Safety Program Administrator who has the authority and responsibility to implement the Safety Programs;

(iii)     Subcontractor has trained its employees and all other who will be on the Project Site under Subcontractor's supervision or at Subcontractor's request (collectively "Employees") in safe and healthy work practices;

(iv)     Subcontractor will use disciplinary procedures to ensure compliance with such safe and healthy work practices;

(v)     Subcontractor has established procedures for reporting unsafe conditions and communicating with Employees on matters relating to occupational safety and health;

(vi)     Subcontractor has developed and will conduct a program of inspections to identify and evaluate hazards at the Project Site and elsewhere, as related to the Work;

(vii)     Subcontractor has established and will implement procedures for correcting unsafe or unhealthy conditions and work practices; and

(vii)     Subcontractor has established and will implement procedures for investigating occupational injuries and illnesses.

(a)     Subcontractor has adopted and implemented a Hazard Communication Program in accordance with the Safety Rules, and such other safety programs as may be required by OSHA and the regulations there under (collectively, the "Safety Programs"). Upon request, Subcontractor shall furnish copies of all these Safety Programs to Contractor, and shall provide Contractor with written proof that Subcontractor conducts required inspections of the Project Site and equipment and training of its employees, and maintains required records quarterly.

(b)     Subcontractor certifies that its employees are trained in the recognition and avoidance of potentially hazardous conditions in connection with the Work.

(c)     Subcontractor certifies that it will provide a "competent person" as required by OSHA scaffold and ladder standards in connection with Subcontractor's use of scaffolds and/or ladders on the project site.

(d)     Prior to commencement of the Work, Subcontractor will provide Contractor with a written health and safety program and a written hazard communication program.

12. **Indemnity.** Without limiting the generality of the Indemnification Obligations of the Subcontract and provided this Paragraph 12 of Exhibit C shall in no event be construed to require indemnification by Subcontractor to a greater extent than permitted by law and without limitation to Contractor's rights and remedies in the event of a breach of this Subcontract, Subcontractor shall indemnify, defend and hold harmless the Indemnified Parties, as defined in the Subcontract, from and against all Claims, as defined in the Subcontract, arising out of or encountered in connection with an alleged or actual violation of any Hazardous Substances Laws, the Safety Rules and any alleged or actual breach of any warranties or representations made by Subcontractor in connection with (i) this Subcontractor or (ii) the prosecution of any and all contract or non-

Initials:  Contractor JD
DHI BH

# D·R·HORTON®

contract work relating to the Project by Subcontractor or anyone directly or indirectly employees by Subcontractor or anyone for whose acts Subcontractor may be liable, regardless of whether such alleged or actual violations is caused in part or contributed to by an act or omission to act by Contractor, or anyone directly or indirectly employed by Contractor or anyone for whose acts Contractor may be liable, or by Contractor's failure to comply with any Law relating to the subject of this Subcontract or the performance of the work there under. The Subcontractor's obligations under this paragraph shall apply with full force and effect regardless of any concurrent negligence, whether active or passive, primary or secondary, by Contractor, by anyone directly or indirectly employed by Contractor, or by anyone for whose acts Contractor may be liable. However, Subcontractor shall have no obligation to indemnify and Indemnified Party against liability for any Claims arising from the sole negligence or willful misconduct of such Indemnified Party, or independent contractors, other than Subcontractor, who are directly responsible to such Indemnified Party or for defects in design furnished by Contractor, its agents or employees or independent contractors, other than Subcontractor, who are directly responsible to such Indemnified Party.

## ACKNOWLEDGMENT

These are part of the contract identified above. DR Horton reserves the right to modify or amend any of the above general specifications at any time, and will notify the contractor as soon as any change is initiated.

Contractor: _Get Floored LLC_

**COMPANY NAME**

By: _(signature)_                                  Title: _Owner_

**AUTHORIZED OFFICER'S SIGNATURE**

Print Name: _John P Dreisbach (Hans)_

Date: _5-18-16_

**Builder:**
**DR Horton Inc.**
**100 Verdae Blvd. Suite 401**
**Greenville, South Carolina 29607**

By: _Ben Howard_                          Title: _Purchasing Manager_

Date: _5/25/2016_

Initials: Contractor _JD_
              DHI _(initials)_

# D·R·HORTON®

## Erosion Control Addendum

### EROSION CONTROL
### RULES AND REGULATIONS

The following policies have been instituted and shall be binding on Subcontractors in orders to permit Contractor to properly safeguard the Project Site and maintain erosion control measures.

1.  Any Contractor damaging or removing Erosion Control Measures will be subject to penalty and/or termination from D.R Horton. This includes driving or parking off of the street onto any lot or common area in a D.R. Horton Community. Lulls, Fork-Lifts, and/or Grading Equipment must be operated in a manner that does not track mud or dirt down the streets in the neighborhoods. The only vehicular activity that should be taking place off of our streets is for deliveries that cannot be carried by hand. **If it can be carried from the driveway to the home it can be carried from the street to the home without pulling off of the street.** Those that are required to pull off of the streets are 100% responsible for repairing and/or cleaning the damage they cause to the community before leaving that day. State and/or local municipality fines can result in immediate and continuing penalties of up to $5000 per day. Contractors will risk incurring these fines due to their participation in the violation. **DO NOT** remove any Erosion Control Measure in a D.R. Horton community unless you have written and/or email permission from the Field Staff. However, you are still responsible for the repair and/or cleaning.

## ACKNOWLEDGMENT

These are part of the contract identified above. DR Horton reserves the right to modify or amend any of the above general specifications at any time, and will notify the contractor as soon as any change is initiated.

Contractor:

_Get Floored LLC_
**COMPANY NAME**

By: _[signature]_                                Title: _Owner_
**AUTHORIZED OFFICER'S SIGNATURE**

Print Name: _John P Dreisbach (Hans)_

Date: _5-18-16_

Builder:
DR Horton Inc.
100 Verdae Blvd. Suite 401
Greenville, South Carolina 29607
By: _Ben Hammel_                     Title: _Purchasing Manager_

Date: _5/25/16_

Initials: Contractor _JD_
DHI _BH_

Revised Date: 10/8/2014

Page 1 of 1

# Vendor - Warranty Process

## General

- Call Center in Charlotte will be the Front Line for all warranty requests.
- Requests are required to be in writing so you will know what you have to do prior to arriving at the home
- Only performing 30 day and 11 month walks - Emergencies, safety and items that will deteriorate the home are the exceptions to the rule.
- Detailed work orders will generate from the Call Center directly to your service personnel via email. If a scheduled work date is in place with the homeowner, it will be noted on the work order. If no date is noted, your service department will need to contact the homeowner and schedule. CONTACT MUST BE MADE WITHIN 48 HOURS.
- Upon completion of the repair you will need to have the homeowner sign off on the request notating the completeness and you will send in to the call center for removal of the request in the system.
- Each vendor will be sent a Vendor Report each week (Monday) with the list of all your open work orders. You will need to review this report and update the Call Center by Wednesday afternoon of that week. If you are delayed in completing the repair beyond 30 days due to the customer or material back order, you will need to notate that and send that information to the Call Center so we can "reset" your days outstanding. (VAR report)
- Any vendor with items outstanding past 30 days is subject to having their check held until work is complete.

**Your Service Department Email:** _floorguy27 @ msn. com_

**Warranty Vendor Relations number for DR Horton: 1-855-221-4668**

**Please contact us if you have any questions relating to the Warranty Process/Procedure.**

_____
**Contractor Signature**

**D·R·HORTON**
*America's Builder*

# D·R·HORTON®

## Vendor Payments from D.R. Horton

D.R. Horton requires that you sign up for electronic payments through Paymode-X. Please take a few minutes to review this letter and enroll in this service. Enrollment in Paymode-X is simple and takes less than ten minutes. You can enroll online at www.paymode.com/drhorton today. We value your service and support and are confident that your company will benefit from using Paymode-X.

As a valued supplier to D.R. Horton, all vendors' participation is this initiative will yield many benefits:

- ❖ **Saves time and money** – Paymode-X reduces the labor, hassle, expense, and risk associated with checks and other traditional electronic payment methods. There is no additional charge to receive an electronic payment from D.R. Horton via Paymode-X.
- ❖ **Enhances cash flow** – Electronic payments through Paymode-X provide cash flow benefits by eliminating mail and paper check float.
- ❖ **Fits with existing systems and banking practices** – Paymode-X requires no purchase of software, no modifications to your existing accounts receivable systems, and no change to your bank or bank accounts.
- ❖ **Includes details remittance information** – Paymode-X enables delivery of digital remittance information along with the payment for easier reconciliation. Digital remittance information can be sent via ACH (CCD, CCD+ or CTX) or accessed via on-line download options. Each time you receive a payment though Paymode-X, you will be sent an electronic notification.
- ❖ **History of payments** – A detailed history of all Paymode-X payments from D.R. Horton will be at your fingertips on the Paymode-X website.
- ❖ **Going Green** – Paperless, electronic payments are more secure, save money and also help conserve the environment by eliminating printing and mailing paper checks.

Paymode-X offers D.R. Horton a secure, Internet-based service to make electronic payments to vendors, suppliers and service providers. We strongly believe that Paymode-X represents a measurable improvement over other electronic payment methods, as well as a significant enhancement to our on-going business relationship.

Should you require personal assistance or have any questions, please contact Paymode-X toll free at 1-866-252-7366. Paymode-X will notify D.R. Horton of your enrollment and electronic payments will begin shortly thereafter.

*\*Please note, if you are already a Paymode-X member, please contact Paymode-X toll free at 1-866-252-7366 to validate the details of your membership.*

Initials:  Contractor _JD_

DHI _BH_ _/P_

Revised Date: 10/24/2014