**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ANDERSON DIVISION**

| | |
|---|---|
| Derek Williams, Corey Smith, William Wyatt, and Heather Iwinski, individually, and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>D.R. Horton, Inc., Alpha & Omega Construction, LLC, Cannady Siding & Gutter, Inc., L&M Electric, Inc., Long Heating & Air Conditioning, Inc., and M&L Reyna Construction, LLC,<br><br>Defendants. | **CASE No.: 8:26-CV-00097-DCC**<br><br><br>**AFFIDAVIT OF MARCUS CANNON** |

D.R. Horton, Inc.,


Crossclaim Plaintiff and Third-Party Plaintiff,

vs.

Alpha Omega Construction Group, Inc., Cannady Siding & Gutter, Inc., L&M Electric, Inc., Long Heating & Air Conditioning, Inc., and M&L Reyna Construction, LLC,

Crossclaim Defendants, and

Mark III Properties, LLC; P&L Enterprises, LLC; Damian Magos Mendoza; General Shale Brick, Inc.; Meridian Brick, LLC; Rite Rug, Co.; Builders First Source – Southeast Group, LLC; Brand Vaughan Lumber, Co.; Valmen Solutions, LLC; Bravo Carpenters, Inc.; CJ Framing, LLC; Get Floored, LLC; Lansing Building Products, LLC; American Concrete & Precast, LLC; Five Star Foundations, LLC; One Tree Hill, Inc. d/b/a Willis Landscaping; The Loving Group, LLC; All in One Insulation, LLC; Marlowe Environmental, LLC; Kings Landscaping, LLC; Earthworks Unlimited, Inc.; CSI Erosion, Inc.; CSI Erosion SC, Inc.; Superior Grading, LLC; Cedar Ridge

Landscaping, LLC; Dupree Plumbing Co., Inc.; A-Z, Inc; Installed Building Products, LLC d/b/a Custom Glass Atlanta; Saldana Brothers, Inc.; 84 Lumber Company; Carter Lumber Company; Justin Villines, LLC; GBS Building Supply US LBM, LLC; Garcia Painting & Drywall, LLC; UTM Enterprises, Inc.; McGillicuddy Concrete, LLC; Bianchi & Company, Inc.

Third-Party Defendants.

PERSONALLY APPEARED BEFORE ME, MARCUS CANNON, who, being first duly sworn, deposes and avers the following:

1.     My name is Marcus Cannon. I am a citizen and resident of Greenville County, South Carolina. I am over the age of eighteen (18) and have personal knowledge of the matters stated herein.

2.     I currently work as an Operations Manager for D.R. Horton, Inc. I have worked for D.R. Horton, Inc. since 2005.

3.     I have been involved in numerous D.R. Horton, Inc. subdivision builds, including the Rivermill Subdivision in Anderson County, South Carolina ("Rivermill").

4.     William Wyatt purchased a home in Rivermill from D.R. Horton in 2020.

5.     Heather Iwinski purchased a home in Rivermill from D.R. Horton in 2017.

6.     Corey Smith and Derek Williams also own homes in Rivermill.

7.     As an Operations Manager for D.R. Horton, Inc., I am familiar with the materials used and the subcontractors hired to build the houses in Rivermill.

8.     Materials used to construct homes in Rivermill were purchased from a number of sources. This includes materials purchased from manufacturers and distributors located outside of South Carolina. For example, Brand Vaughan Lumber, Co., Inc. (Georgia), Electrolux Appliances (North Carolina), and Carrier HVAC Equipment (Florida).

9.     D.R. Horton, Inc. hired various subcontractors to construct homes in Rivermill. Certain subcontractors are non-South Carolina entities. For example, Rite Rug, Co. (Ohio), Bravo Carpenters, Inc. (North Carolina), and Marlowe Environmental, LLC (Georgia).

10.    It is my understanding that certain homebuyers obtained mortgage funding from out-of-state lenders.

11.    Based on my experience working with D.R. Horton, Inc., and familiarity with construction in South Carolina, Rivermill involved materials and labor from outside of South Carolina

12.    Additionally, it is my understanding that certain buyers of homes in Rivermill entered into purchase contracts when they were residents of states other than South Carolina.

13.    Depending on the stage of construction of each house within Rivermill, at the time of entering purchase contracts with the buyers, buyers were able to negotiate contract changes by adding or deleting options to customize the homes. In addition to making selection changes, buyers were also able to negotiate pricing, closing costs, and in some cases, interest rate buy downs. Also, buyers can negotiate contingencies for items such as Home to Sell (length of time to sell their existing home) and Home to Close (length of time to close on their existing home).

Marcus Cannon

Sworn to and subscribed in my presence
this 23rd day of January, 2026.

Notary Public for South Carolina
My Commission Expires: 4 - 25 - 2034