EXHIBIT L

ELECTRONICALLY FILED - 2024 Jun 24 4:50 PM - BERKELEY - COMMON PLEAS - CASE#2022CP0802548

STATE OF SOUTH CAROLINA      )  IN THE COURT OF COMMON PLEAS
                                   )  FOR THE NINTH JUDICIAL CIRCUIT

COUNTY OF BERKELEY           )  CASE NO.: 2022-CP-08-02548

Andrew Tyler and Justin Vining,    )  **ORDER ON MOTION TO RECONSIDER**
individually and on behalf of all others  )
similarly situated,               )

Plaintiffs,                  )

vs.                         )

D.R. Horton, Inc.; Lowcountry Septic  )
System Solutions, LLC; Coastal Soil and  )
Wetland Services, LLC; Alternative Septic  )
Services, LLC; Mountain Soils, Inc.;   )
Horizon Landscape Management, Inc.; BR's  )
Clearing & Grading, Inc.; Pleasant Places,  )
Inc.; L. Dean Weaver Construction Co.,  )
Inc.; MV Engineering Consultants, LLC;  )
and John Doe #1-5,           )

Defendants.    )

Lowcountry Septic System Solutions, LLC  )
and Horizon Landscape Management, LLC,  )

Third-Party Plaintiffs,  )

vs.                         )

JSR Clearing and Grading, LLC; Charleston  )
Tractor Works, LLC; and Trinity     )
Construction, LLC,          )

Third-Party Defendants.  )

This matter came before the Court on December 12, 2023, on Defendant D.R. Horton Inc.'s Motion to Compel Arbitration and Motion to Stay. The Court reviewed the pleadings and

memorandums filed by the parties and also considered the oral arguments of the parties. The Court took the matter under advisement for further consideration and ultimately determined that the Plaintiff's claims were subject to arbitration. The Court issued an order on March 4, 2024, staying the case and staying discovery until the completion of arbitration.

Plaintiff's subsequently filed a Motion to Reconsider the March 4th order on several grounds which can be found in Plaintiff's Motion filed on March 14, 2024.

Upon review of the arguments presented in Plaintiff's motion, and the memorandum in support of the motion, as well as the consideration of Defendant's memorandum in opposition and the supporting case law presented to the Court, the Court finds that as determined in the March 4th order, the arbitration clause in the purchase agreement at issue in this case is binding as to the Plaintiffs and D.R. Horton and, therefore, Plaintiffs and D.R. Horton are subject to arbitration and stayed pending the outcome of arbitration.

On March 20, 2024, Defendant, MV Engineering Consultant's LLC, filed a Motion to Alter or Amend the March 4th order to limit the scope of the stay to claims by and between the parties to the lawsuit which have arbitration agreements in place.

On March 21, 2024 Plaintiffs filed a Rule 60 Motion to Amend on similar grounds as stated in MV Engineering Consultant's LLC's motion.

Further, on April 26, 2024, Defendant Mountain Soils, Inc. filed a Motion for Relief from Judgment or Order pursuant to Rule 60, SCRCP on similar grounds as stated in Plaintiff's and MV Engineering Consultant's motions.

Upon review of these Rule 60 motions, the Court now clarifies that it did not intend for the language of the March 4th order to address matters beyond the arbitrability of the claims between Plaintiffs and D.R. Horton. The claims between Plaintiff and D.R. Horton are stayed

ELECTRONICALLY FILED - 2024 Jun 24 4:50 PM - BERKELEY - COMMON PLEAS - CASE#2022CP0802548

ELECTRONICALLY FILED - 2024 Jun 24 4:50 PM - BERKELEY - COMMON PLEAS - CASE#2022CP0802548

pending arbitration. With regards to discovery the Court order is unintended to stay discovery. Discovery as it relates to the claims between Plaintiffs and D.R. Horton would be for the arbitration. Having addressed the before-mentioned motions, the Court hereby orders:

(1) The claims between Plaintiffs and D.R. Horton are subject to arbitration and these claims pending before this Court are stayed;

(2) The issues of discovery between Plaintiff and D.R. Horton are for the arbitrator.

The foregoing expresses the extent of the Court's determination in the motions previously filed.

**AND IT IS SO ORDERED!**

_____
Diane S. Goodstein
Presiding Judge
Ninth Judicial Circuit

Berkeley, South Carolina
This _____ day of _____, 2024.



Berkeley Common Pleas

**Case Caption:**    Andrew  Tyler , plaintiff, et al VS   D.R. Horton, Inc , defendant, et al

**Case Number:**    2022CP0802548

**Type:**    Order/Other

It is so Ordered!

s/Diane S. Goodstein

Electronically signed on 2024-06-24 16:24:32     page 4 of 4

ELECTRONICALLY FILED - 2024 Jun 24 4:50 PM - BERKELEY - COMMON PLEAS - CASE#2022CP0802548