**EXHIBIT N**

**FORM 4**

ELECTRONICALLY FILED - 2025 Jul 02 9:28 AM - RICHLAND - COMMON PLEAS - CASE#2024CP4003666

**STATE OF SOUTH CAROLINA**
**COUNTY OF** Richland
**IN THE COURT OF COMMON PLEAS**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.** 2024CP4003666

Matthew Hill et al

PLAINTIFF(S)

D R Horton Inc et al

DEFENDANT(S)

### DISPOSITION TYPE (CHECK ONE)

☐ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and a verdict rendered.

☑ **DECISION BY THE COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision rendered.

☐ **ACTION DISMISSED** (*CHECK REASON*): ☐ Rule 12(b), SCRCP; ☐ Rule 41(a), SCRCP (Vol. Nonsuit); ☐ Rule 43(k), SCRCP (Settled); ☐ Other

☐ **ACTION STRICKEN** (*CHECK REASON*): ☐ Rule 40(j), SCRCP; ☐ Bankruptcy; ☐ Binding arbitration, subject to right to restore to confirm, vacate or modify arbitration award; ☐ Other

☐ **STAYED DUE TO BANKRUPTCY**

☐ **DISPOSITION OF APPEAL TO THE CIRCUIT COURT** (*CHECK APPLICABLE BOX*): ☐ Affirmed; ☐ Reversed; ☐ Remanded; ☐ Other

NOTE: ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING LOWER COURT, TRIBUNAL, OR ADMINISTRATIVE AGENCY OF THE CIRCUIT COURT RULING IN THIS APPEAL.

**IT IS ORDERED AND ADJUDGED:** ☐ See attached order (formal order to follow) ☑ Statement of Judgment by the Court:

After careful review and consideration, the Plaintiff's Motion to Reconsider the ruling issued via Form 4 and granting Defendant's Motion to Stay and Compel Arbitration dated October 3, 2024 is respectfully denied.

### ORDER INFORMATION

This order ☐ ends ☑ does not end the case.                    ☐ See Page 2 for additional information.

### For Clerk of Court Office Use Only

This judgment was electronically entered by the Clerk of Court as reflected on the Electronic Time Stamp, and a copy mailed first class to any party not proceeding in the Electronic Filing System on 07/01/2025 .

Alpha Omega Construction Group Inc
L&M Electric Inc
Caryl Mechanicals Ii Inc
L&M Electric Inc
D R Horton Inc
Marcellino Hernandez Espinoza
Marcellino Hernandez
Jorge Moreno
Full House Capital Inc
Marcellino Hernandez Espinoza
Marcellino Hernandez
Jorge Moreno
Jenkins Plumbing Company LLC

**NAMES OF TRADITIONAL FILERS SERVED BY MAIL**

SCRCP Form 4CE (08/31/2017)                    Page 1 of 2

ELECTRONICALLY FILED - 2025 Jul 02 9:28 AM - RICHLAND - COMMON PLEAS - CASE#2024CP4003666

## Court Reporter:

**E-Filing Note:  The date of Entry of Judgment is the same date as reflected on the Electronic File Stamp and the clerk's entering of the date of judgment above is not required in those counties. The clerk will mail a copy of the judgment to parties who are not E-Filers or who are appearing pro se. See Rule 77(d), SCRCP.**



Richland Common Pleas

**Case Caption:**     Matthew  Hill , plaintiff, et al vs   D R Horton Inc , defendant, et al

**Case Number:**     2024CP4003666

**Type:**     Order/Electronic Form 4

15th Circuit Resident Judge

s/ B. Alex Hyman

Electronically signed on 2025-07-01 13:10:37     page 3 of 3

ELECTRONICALLY FILED - 2025 Jul 02 9:28 AM - RICHLAND - COMMON PLEAS - CASE#2024CP4003666