# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### ANDERSON DIVISION

| | |
|---|---|
| Derek Williams, Corey Smith, William Wyatt, and Heather Iwinski, individually, and on behalf of all others similarly situated,<br><br>Plaintiff<br>vs.<br><br>D.R. Horton, Inc., Alpha & Omega Construction, LLC, Cannady Siding & Gutter, Inc., L&M Electric, Inc., Long Heating & Air Conditioning, Inc., and M&L Reyna Construction, LLC,<br><br>Defendants. | **CASE No.: 8:26-CV-00097-DCC**<br><br><br><br>**D.R. HORTON, INC.'S NOTICE OF APPEAL** |

D.R. Horton, Inc.,

Crossclaim Plaintiff and Third-Party Plaintiff,

vs.

Alpha Omega Construction Group, Inc., Cannady Siding & Gutter, Inc., L&M Electric, Inc., Long Heating & Air Conditioning, Inc., and M&L Reyna Construction, LLC,

Crossclaim Defendants, and

Mark III Properties, LLC; P&L Enterprises, LLC; Damian Magos Mendoza; General Shale Brick, Inc.; Meridian Brick, LLC; Rite Rug, Co.; Builders First Source – Southeast Group, LLC; Brand Vaughan Lumber, Co.; Valmen Solutions, LLC; Bravo Carpenters, Inc.; CJ Framing, LLC; Get Floored, LLC; Lansing Building Products, LLC; American Concrete & Precast, LLC; Five Star Foundations, LLC; One Tree Hill, Inc. d/b/a Willis Landscaping; The Loving Group, LLC; All in One Insulation, LLC; Marlowe Environmental,

1

LLC; Kings Landscaping, LLC; Earthworks Unlimited, Inc.; CSI Erosion, Inc.; CSI Erosion SC, Inc.; Superior Grading, LLC; Cedar Ridge Landscaping, LLC; Dupree Plumbing Co., Inc.; A-Z, Inc; Installed Building Products, LLC d/b/a Custom Glass Atlanta; Saldana Brothers, Inc.; 84 Lumber Company; Carter Lumber Company; Justin Villines, LLC; GBS Building Supply US LBM, LLC; Garcia Painting & Drywall, LLC; UTM Enterprises, Inc.; McGillicuddy Concrete, LLC; Bianchi & Company, Inc.

Third-Party Defendants      .

Notice is hereby given that D.R. Horton, Inc. Defendant, Crossclaim Plaintiff, and Third-Party Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action granting Plaintiffs' Motion to Remand granted on the 4th day of May, 2026. D.R. Horton, Inc.'s appeal is made pursuant to 28 U.S.C.S § 1291.

Submitted this 2nd day of June 2026.

KENISON, DUDLEY & CRAWFORD, LLC

s/*Kimila L. Wooten*
John T. Crawford, Jr. (Fed. Bar # 9066)
Kimila L. Wooten (Fed. Bar # 5525)
David L. Paavola (Fed. Bar #11713)
Amelia M. Farmer (Fed. Bar #13891)
Jonathan Abrams (Fed. Bar #14158)
W. Jacob Henerey (Fed. Bar # 12724)
325 W McBee Ave, Suite 301
Greenville, SC 29601
Telephone: (864) 242-4899
Facsimile: (864) 242-4844
crawford@conlaw.com
wooten@conlaw.com
paavola@conlaw.com

farmer@conlaw.com
abrams@conlaw.com
henerey@conlaw.com
*Counsel for D.R. Horton, Inc*

Greenville, South Carolina